United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90130 |
|---|---|---|---|
| Debtor | In Re: | Altera Infrastructure L.P., et al | |

This lawyer, who is admitted to the State Bar of  New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emil A. Kleinhaus<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212.403.1000<br>NY - 4158648 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of TopCo Noteholders | |
|---|---|
| Dated: 08/14/2022 | Signed: /s/ Emil A. Kleinhaus |

| COURT USE ONLY: The applicant's state bar reports their status as:   Active   . |
|---|
| Dated:        Signed: _____<br>                    Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 15, 2022

Marvin Isgur
United States Bankruptcy Judge