UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90130 |
|---|---|---|---|
| Debtor | In Re: | ALTERA INFRASTRUCTURE LP, et al. | |

This lawyer, who is admitted to the State Bar of ___California___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard M. Pachulski<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067-4100<br>310.277.6910<br>California - 90073 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 08/26/2022    Signed: /s/ Richard M. Pachulski |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                 United States Bankruptcy Judge