# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) Case No. 22-90130 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## WITNESS AND EXHIBIT LIST OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on September 1, 2022 at 9:00 am. (CT), in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Committee may call the following witnesses:

1.   Any witness listed, offered, or called by any other party.

2.   Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

DOCS_NY:46382.1 03002/002

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Committee's Letter to the Debtors, dated August 28, 2022 | | | | |
| 2. | Debtors' Responsive Letter to Committee, dated August 29, 2022 | | | | |
| 3. | Debtors' 13 Week Budget | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the September 1, 2022 hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 31, 2022                          Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES, LLP**

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email:   mwarner@pszjlaw.com
             bwallen@pszjlaw.com

– and –

Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
Malhar S. Pagay (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  rpachulski@pszjlaw.com
            akornfeld@pszjlaw.com
            mpagay@pszjlaw.com

– and –

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Lawrence S. Robbins (admitted *pro hac vice*)
Robert J. Lack (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 373-7908
Email:  lrobbins@fklaw.com
            rlack@fklaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2022, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ *Michael D. Warner*
Michael D. Warner