UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) | Case No. 22-90130 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DISCLOSURE STATEMENT HEARING**

  **PLEASE TAKE NOTICE** that on September 1, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed (a) the *Joint Chapter 11 Plan of Reorganization of Altera Infrastructure L.P. and Its Debtor Affiliates* [Docket No. 183] (as amended from time to time and including all exhibits and supplements thereto, the "Plan"); (b) the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Altera Infrastructure L.P. and Its Debtor Affiliates Pursuant* [Docket No. 182] (as amended from time to time and including all exhibits thereto, the "Disclosure Statement"); and (c) the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates With Respect Thereto* [Docket No. 184] (the "Disclosure Statement Motion").[2]

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Disclosure Statement Motion (the "Disclosure Statement Hearing") will take place on **October 6, 2022, at 10:00 a.m. (prevailing Central Time)**, before Judge Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 400, Houston, Texas 77002. The Disclosure Statement Hearing may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

  **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Disclosure Statement Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, and the Bankruptcy Local Rules for the Southern District of Texas; (c) be filed electronically with the Court on the docket of *In re Altera Infrastructure L.P.*, Case No. 22-90130 (MI) by registered users of the Court's electronic filing system; and (d) be

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

[2] Unless otherwise defined herein, all capitalized terms have the meanings given to them in the Plan, Disclosure Statement, or Disclosure Statement Motion, as applicable.

served so as to be actually received by **September 29, 2022**, by (i) the entities on the Master Service List available on the Debtors' case website at https://cases.stretto.com/Altera and (ii) any person or entity with a particularized interest in the subject matter of the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, are available free of charge by visiting https://cases.stretto.com/Altera or by calling (855) 300-3407 (U.S. toll free) or (949) 266-0151 (international). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing either in person or by audio/video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510.** Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Houston, Texas
September 1, 2022

/s/ *Rebecca Blake Chaikin*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Rebecca Blake Chaikin (S.D. Bar No. 3394311) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: joshua.sussberg@kirkland.com |
| Email: mcavenaugh@jw.com | brian.schartz@kirkland.com |
| Email: kpeguero@jw.com | |
| Email: rchaikin@jw.com | - and - |
| Email: vargeroplos@jw.com | |
| | John R. Luze (admitted *pro hac vice*) |
| *Proposed Co-Counsel to the Debtors* | 300 North LaSalle |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: john.luze@kirkland.com |
| | |
| | *Proposed Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

**Certificate of Service**

  I certify that on September 1, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                   */s/ Rebecca Blake Chaikin*
                   Rebecca Blake Chaikin