**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) Case No. 22-90130 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF**
**KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS**
**INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND**
**DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 12, 2022**

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed.  Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this application (this "Application") seeking entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein).  In support of this Application, the Debtors submit the declaration of Joshua A. Sussberg, the president of Joshua A. Sussberg, P.C., a partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the "Sussberg Declaration"), which is

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Altera.  The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

attached hereto as **Exhibit A** and the declaration of Duncan Donaldson, the Group General Counsel of Altera Infrastructure Group Ltd., which is attached hereto as **Exhibit B** (the "Donaldson Declaration").  In further support of this Application, the Debtors respectfully state as follows.

## Jurisdiction and Venue

1.    The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and the Debtors confirm their consent to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## Background

4.    On August 12, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On August 14, 2022, the Court entered an order [Docket No. 33] authorizing the joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.  On August 22, 2022, the United States Trustee for the

Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee") [Docket No. 148].

5.    A description of the Debtors' business, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Jan Rune Steinsland, Chief Financial Officer of Altera Infrastructure Group Ltd., in Support of the Debtors' Chapter 11 Petitions and First Day Motions*, filed on August 13, 2022 [Docket No. 17], incorporated herein by reference.

## Relief Requested

6.    By this Application, the Debtors seek entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective as of January 1, 2022 (the "Engagement Letter"), a copy of which is attached hereto as **Exhibit 1** to the Order and incorporated herein by reference.

## Kirkland's Qualifications

7.    The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

8.    Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re HONX*, No. 22-90035 (MI) (Bankr. S.D. Tex. June 24, 2022); *In re Seadrill New Finance Ltd*, No. 22-90001 (DRJ) (Bankr. S.D. Tex. Mar. 10, 2022); *In re Carlson Travel, Inc.,* No. 21-90117 (MI) (Bankr. S.D. Tex. Dec. 29, 2021); *In re Washington Prime Grp.*, No. 21-31948 (MI) (Bankr. S.D. Tex. July 27, 2021); *In re Katerra, Inc.*, No. 21-31861 (DRJ) (Bankr. S.D. Tex. July 20, 2021); *In re Seadrill Limited*, No. 21-30427 (DRJ)

(Bankr. S.D. Tex. Apr. 5, 2021); *In re Belk, Inc.*, No. 21-30630 (MI) (Bankr. S.D. Tex. Mar. 31, 2021); *In re Frontera Holdings LLC*, No. 21- 30354 (MI) (Bankr. S.D. Tex. Mar. 19, 2021); *In re Seadrill Partners LLC*, No. 20-35740 (DRJ) (Bankr. S.D. Tex. Jan. 15, 2021); *In re Gulfport Energy Corporation*, No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 11, 2021).[2]

9.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## Services to be Provided

10.      Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Kirkland to render the following legal services:

    a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

    b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

    c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

---

[2]      Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

**Professional Compensation**

11.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

12.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

13.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[3]

| Billing Category[4] | U.S. Range |
| --- | --- |
| Partners | $1,135-$1,995 |
| Of Counsel | $805-$1,845 |
| Associates | $650-$1,245 |
| Paraprofessionals | $265-$495 |

14.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[5]

---

[3]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[4]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[5]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

15.     Kirkland represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above and in the Sussberg Declaration.  Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.[6]

16.     The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

17.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

---

[6]   Kirkland was previously engaged by the Debtors in April 2020 to provide legal services in connection with the repurchase of outstanding preferred units and corresponding matters and in February 2021 to provide legal services in connection with the incurrence by Altera Shuttle Tankers L.L.C. of its $70 million revolving credit agreement and Altera Infrastructure L.P. of its $30 million revolver and corresponding matters.

19.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

20.     Per the terms of the Engagement Letter, on February 10, 2022, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $15,889,355.58 in the aggregate.  As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt; any advance payment retainer becomes the property of Kirkland upon receipt; the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt; any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account; and the Debtors will not earn any interest on any advance payment retainer.[7]

21.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than

---

[7]   The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition advance payment retainer during the pendency of a chapter 11 case rather than applying such advance payment retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition advance payment retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition advance payment retainer but, instead, will apply any remaining advance payment retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

22.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

## **Kirkland's Disinterestedness**

23.     To the best of the Debtors' knowledge and as disclosed herein and in the Sussberg Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Sussberg Declaration.

24.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## **Supporting Authority**

25.     The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

26.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

27.     The Debtors submit that for all the reasons stated above and in the Sussberg Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted.  Further, as stated in the Sussberg Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Sussberg Declaration.

## Notice

28.     The Debtors have provided notice of this Application to the following parties or their respective counsel:  (a) the U.S. Trustee; (b) proposed counsel to the Committee; (c) counsel to Brookfield; (d) counsel to the CoCom; (e) the United States Attorney's Office for the Southern District of Texas; (f) the Internal Revenue Service; (g) the United States Securities and Exchange Commission; (h) the state attorneys general for states in which the Debtors conduct business;  and

(i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  September 12, 2022

/s/ Duncan Donaldson
Duncan Donaldson
Group General Counsel, Altera
Infrastructure Group Ltd.

**<u>Certificate of Service</u>**

I certify that on September 12, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Rebecca B. Chaikin*
Rebecca B. Chaikin

**<u>EXHIBIT A</u>**

**Sussberg Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) | Case No. 22-90130 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JOSHUA A. SUSSBERG**
**IN SUPPORT OF THE DEBTORS' APPLICATION**
**FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 12, 2022**

I, Joshua A. Sussberg, being duly sworn, state the following under penalty of perjury:

1.　　I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10021, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the U.S. District Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2.　　I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession*

---

[1]　A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

*Effective as of August 12, 2022* (the "<u>Application</u>").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### <u>Kirkland's Qualifications</u>

3.       The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

4.       Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re HONX*, No. 22-90035 (MI) (Bankr. S.D. Tex. June 24, 2022); *In re Seadrill New Finance Ltd*, No. 22-90001 (DRJ) (Bankr. S.D. Tex. Mar. 10, 2022); *In re Carlson Travel, Inc.,* No. 21-90117 (MI) (Bankr. S.D. Tex. December 29, 2021); *In re Washington Prime Grp.*, No. 21-31948 (MI) (Bankr. S.D. Tex. July 27, 2021); *In re Katerra, Inc.*, No. 21-31861 (DRJ) (Bankr. S.D. Tex. July 20, 2021); *In re Seadrill Limited*, No. 21-30427 (DRJ) (Bankr. S.D. Tex. Apr. 5, 2021); *In re Belk, Inc.*, No. 21-30630 (MI) (Bankr. S.D. Tex. Mar. 31, 2021); *In re Frontera Holdings LLC*, No. 21- 30354 (MI) (Bankr. S.D. Tex. Mar. 19, 2021); *In re Seadrill Partners LLC*, No. 20-35740 (DRJ) (Bankr. S.D. Tex. Jan. 15, 2021); *In re Gulfport Energy Corporation*, No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 11, 2021).[3]

5.       In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]   Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

**Services to Be Provided**

6.      Subject to further order of the Court and that certain engagement letter dated January 1, 2022 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

    a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

    b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

    c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

    e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

    f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

    g.      advising the Debtors in connection with any potential sale of assets;

    h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

    i.      advising the Debtors regarding tax matters;

    j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

    k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

3

**Professional Compensation**

7.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

8.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

9.      Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,135-$1,995 |
| Of Counsel | $805-$1,845 |
| Associates | $650-$1,245 |
| Paraprofessionals | $265-$495 |

10.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

11.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

12.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to

---

[5]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

13.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

14.     Per the terms of the Engagement Letter, on February 10, 2022, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid Kirkland additional advance payment retainer totaling $15,889,355.58 in the aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt; any advance payment retainer becomes the property of Kirkland upon receipt; the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt; any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account; and the Debtors will not earn any interest on any advance payment retainer.[7]

---

[7]   The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition advance payment retainer during the pendency of a chapter 11 case rather than applying such advance payment retainer to postpetition fees and expenses. Kirkland evaluates whether to retain any remaining prepetition advance payment retainer on a case-by-case basis. In this particular case, Kirkland has elected not to hold any remaining prepetition advance payment retainer but, instead, will apply any remaining advance payment retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

15.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

16.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

## Statement Regarding U.S. Trustee Guidelines

17.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

## Attorney Statement Pursuant to Revised UST Guidelines

18.       The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

   **Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

   **Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

   **Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,135-$1,995 |
| Of Counsel | $805-$1,845 |
| Associates | $650-$1,245 |
| Paraprofessionals | $265-$495 |

   Kirkland represented the Debtors during the twelve-month period ending December 31, 2021 before the Petition Date, using the hourly rates listed below:

---

[8]   While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

    d.  **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

       **Answer**:  Yes.  More specifically, pursuant to the DIP Order,[9] professionals proposed to be retained by the Debtors are required to provide bi-weekly estimates of fees and expenses incurred in these chapter 11 cases.

### Kirkland's Disinterestedness

19.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have

---

[9]  "DIP Order" means the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing* [Docket No. 100].

been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

20.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[10]

| **Schedule** | **Category** |
|---|---|
| 1(a) | Debtors / Current and Recent Former Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors & Officers |
| 1(c) | Non-Debtor Entities |
| 1(d) | Depository Banks |
| 1(e) | Competitors |
| 1(f) | Contract Parties |
| 1(g) | Customers |
| 1(h) | Insurance / Benefits Administrators |
| 1(i) | Lease Parties |
| 1(j) | Lenders / Secured Creditors |
| 1(k) | Litigation |
| 1(l) | Members of Noteholder Ad Hoc Group |
| 1(m) | Professionals |
| 1(n) | Shareholders |
| 1(o) | Taxing Authorities |

---

[10] Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

1(p)      Top 30 Unsecured Creditors
1(q)      U.S. Trustee Personnel, Judges, and court contacts for the Southern District of Texas (and key staff members)
1(r)      Vendors

21.      To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

22.      Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

23.      Of the entities listed on **Schedule 2**, only two represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2022.  More specifically,

---

[11]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

11

certain funds of Blackstone Group Inc. (together with its affiliated investment funds, "Blackstone") and Bain Capital ("Bain") are among the Debtors' creditors and each represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2022.[12] Blackstone is a private equity owner of NIBC Bank NV and Bain is a minority equity holder of Nexi SpA, both of which are lenders to certain Debtors. Kirkland has not represented and will not represent Blackstone or Bain in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that any current or former representation of Blackstone or Bain precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

24.    Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(r)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

25.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

---

[12]   Specific percentages will be disclosed to the U.S. Trustee upon request.

26.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

27.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

28.     From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

29.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

30.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### Specific Disclosures

31.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.

13

Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to Certain Debtors and/or Affiliates.**

32.      As disclosed on **Schedule 2**, Kirkland currently serves as restructuring counsel for Seadrill Limited and certain of its affiliated reorganized debtors (collectively with Seadrill Limited, the "Seadrill Limited Entities") in connection with their chapter 11 cases.[13] Seadrill Limited and certain of the Seadrill Limited Entities are creditors of certain of the Debtors. I do not believe that Kirkland's current or prior representation of Seadrill Limited precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

33.      As disclosed on **Schedule 2**, Kirkland currently serves as restructuring counsel for Seadrill Partners LLC ("Seadrill Partners") and certain of its affiliated reorganized debtors (collectively with Seadrill Partners, the "Seadrill Partners Entities") in connection with their chapter 11 cases.[14]  Seadrill Partners and certain of the Seadrill Partners Entities are creditors of certain of the Debtors.  I do not believe that Kirkland's current or prior representation of Seadrill Partners precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

---

[13]   On February 7, 2021, and February 10, 2021, the Seadrill Limited Entities commenced chapter 11 cases in this Court, which are jointly administered under the case caption *In re Seadrill Limited*, No. 21-30427 (Bankr. S.D. Tex.).  Seadrill Limited emerged from the chapter 11 proceedings on February 22, 2022.

[14]   On December 1, 2020, the Seadrill Partners Entities commenced chapter 11 cases in this Court, which are jointly administered under the case caption *In re Seadrill Partners LLC*, No. 20-35740 (Bankr. S.D. Tex.).  Seadrill Partners emerged from the chapter 11 proceedings on May 24, 2021.

34.     Additionally, Kirkland currently represents, formerly represented, and in the future will likely represent Brookfield Asset Management L.P. ("Brookfield") and/or certain of its affiliates on a variety of matters.  Brookfield owns approximately 98% of the common equity interests in Altera Infrastructure L.P.  As disclosed on **Schedule 2**, Kirkland has previously represented Brookfield in connection with certain corporate and debt matters relating to Brookfield's equity investments, including its investment in the Debtors and their non-debtor affiliates (collectively, the "Company").  Kirkland's other representations of Brookfield and its affiliates have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland's representations of Brookfield and its affiliates accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2022.  Kirkland has applicable waivers on file.  Paul, Weiss, Rifkind, Wharton, and Garrison LLP represents Brookfield in connection with these chapter 11 cases.  Kirkland has not represented and will not represent Brookfield in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Brookfield precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.     Kirkland has previously represented Brookfield, Brookfield Business Partners L.P., and current or former directors of Altera Infrastructure GP L.L.C. Jim Reid, Denis Turcotte, Gregory Morrison, Walter Weathers, and Craig Laurie in litigation concerning Brookfield's equity investments in the Company captioned *In re Teekay Offshore Partners L.P. Common Unitholders Litigation*, No. 1:19-cv-6483 (S.D.N.Y.).  The action was dismissed against the defendants represented by Kirkland on March 31, 2021.  Kirkland terminated its representations of those defendants on March 31, 2021.

36.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, formerly represented, and in the future will likely represent Kohlberg Kravis Roberts & Co. LP ("<u>KKR</u>") and certain of its affiliates on a variety of matters.  In 2018, Kirkland represented KKR in connection with negotiating confidentiality agreements with various third parties related to a potential transaction with the Company.  The transaction did not move forward, and Kirkland's only involvement was reviewing a draft confidentiality agreement.  Kirkland will not represent KKR in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of KKR precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.     As disclosed on **<u>Schedule 2</u>**, Kirkland formerly represented, Magnetar Capital LLC ("<u>Magnetar</u>") related to a potential investment in Teekay Offshore Partners L.P. (n/k/a Altera Infrastructure L.P.), a Debtor entity, and Teekay Shipping Corp (n/k/a Teekay Corporation), a creditor in these chapter 11 cases.  The transaction did not move forward and the representation ended in March 2019.  Kirkland will not represent Magnetar in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that this representation precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Officers and Directors.**

38.     As disclosed below and on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

16

39.     Ian Craig, Craig Laurie, Michael Rudnick, and Bill Utt are current directors of Altera Infrastructure GP L.L.C. and currently serve, have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof. I do not believe that Kirkland's current or prior representation of clients for which Ian Craig, Craig Laurie, Michael Rudnick, and Bill Utt serve or have served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.     William Transier and Carol Flaton are currently independent directors of Altera Infrastructure GP L.L.C, and currently serve, have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which William Transier and Carol Flaton serve or have served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41.     Paul Keglevic and Pamela Corrie are independent directors of Altera Infrastructure Holdings L.L.C., and currently serve, have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Paul Keglevic and Pamela Corrie serve or have served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Other Chapter 11 Professionals.**

42.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seek to retain in connection with these chapter 11 cases.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these

17

chapter 11 cases.  Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.   On August 14, 2022 the Court approved Stretto, Inc. ("Stretto") as the Debtors' claims and noticing agent.[15]  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates of Stretto, and its affiliate Stone Point Capital LLC, in a variety of matters.  Kirkland's current and prior representation of Stretto has been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented and will not represent Stretto in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Stretto precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.   In addition to those listed above, the Debtors propose to retain the following professionals:  Jackson Walker LLP ("Jackson Walker") as the Debtors' local bankruptcy counsel, Evercore Group L.L.C. ("Evercore") as the Debtors' investment banker, FTI Consulting, Inc. ("FTI") as the Debtors' restructuring advisor, PricewaterhouseCoopers LLP ("PwC") as the Debtors' tax advisor, and Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") as the Debtors' restructuring counsel.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Evercore, FTI, PwC, and Quinn Emanuel on a variety of matters. Kirkland's current and prior representation of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented and will not represent

---

[15]  *See Order Authorizing the Employment and Retention of Stretto as Claims, Noticing Agent, and Solicitation Agent* [Docket No. 34].

Jackson Walker, Evercore, FTI, PwC, and Quinn Emanuel in connection with any matter in these chapter 11 cases.  I do not believe that these representations preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.     The coordinating committee of secured lenders (the "Co-Com") has retained PJT Partners, Inc. ("PJT") as their financial advisor and investment banker in these chapter 11 cases and Norton Rose Fulbright LLP ("Norton Rose") as their legal counsel.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, these professionals and certain of their direct or indirect affiliates, co-clients, client affiliates, and employees on a variety of matters.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, these professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.     Connections to Ordinary Course Professionals.**

46.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain professionals and affiliates of professionals proposed to be retained by the Debtors in the ordinary course of business (the "Ordinary Course Professionals").  The Ordinary Course Professionals include Ernst & Young AS, KPMG LLP, and various of their respective subsidiaries and affiliates.  Kirkland's current and prior representation of these Ordinary Course Professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Ordinary Course Professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe

19

that Kirkland's current or prior representation of the Ordinary Course Professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Connections to Vendors.**

47.    Kirkland currently represents PGS ASA and certain of its affiliates in debt negotiations with its creditors.  All of Kirkland's current representations of PGS ASA have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of PGS ASA precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**F.      Kirkland Attorney and Employee Investments.**

48.    From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

49.    From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of

20

counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

50.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

G.     **Other Disclosures.**

51.    Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

52.    Reginald Brown, a Kirkland partner, is a board member of Blackstone.  Mr. Brown has not billed time to these chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal measures to screen Mr. Brown from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.    While at a previous place of employment, Sean Wheeler represented the First Reserve Corp. in a preferred equity matter involving Teekay Offshore Partners L.P. (n/k/a Altera Infrastructure L.P.).  Mr. Wheeler has not billed time to these chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Wheeler from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

54.    While at a previous place of employment, Chad Davis represented Citigroup Global Markets Inc. as the representative of the initial purchasers of unsecured notes issued by Teekay Offshore Partners L.P. (n/k/a Altera Infrastructure L.P.) and Teekay Offshore Finance Corp (n/k/a Altera Infrastructure Finance Corp.).  Mr. Davis has not billed time to these chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Davis from all aspects of Kirkland's representation of the Debtors.  I do

not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     While at a previous place of employment, Sarah Ashley Byrd represented Evercore Partners Inc. in the acquisition of Teekay Offshore Partners LP's (n/k/a Altera Infrastructure L.P.) publicly held common units by Brookfield.  Ms. Byrd has not billed time to these chapter 11 cases. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Davis from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

56.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

57.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows:  (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation

of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

**Affirmative Statement of Disinterestedness**

58.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 12, 2022                    Respectfully submitted,

<u>/s/ Joshua A. Sussberg</u>
Joshua A. Sussberg
as President of Joshua A. Sussberg, P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP

25

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Joshua A. Sussberg in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 12, 2022* (the "Sussberg Declaration").[25]   Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Sussberg Declaration, matching the incomplete or ambiguous name.

---

[25] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sussberg Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors / Current and Recent Former Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors & Officers |
| 1(c) | Non-Debtor Entities |
| 1(d) | Depository Banks |
| 1(e) | Competitors |
| 1(f) | Contract Parties |
| 1(g) | Customers |
| 1(h) | Insurance / Benefits Administrators |
| 1(i) | Lease Parties |
| 1(j) | Lenders / Secured Creditors |
| 1(k) | Litigation |
| 1(l) | Members of Noteholder Ad Hoc Group |
| 1(m) | Professionals |
| 1(n) | Shareholders |
| 1(o) | Taxing Authorities |
| 1(p) | Top 30 Unsecured Creditors |
| 1(q) | U.S. Trustee Personnel, Judges, and court contacts for the Southern District of Texas (and key staff members) |
| 1(r) | Vendors |

## SCHEDULE 1(a)

### Debtors / Current and Recent Former Entities Affiliated with the Debtors

ALP Ace BV
ALP Centre BV
ALP Defender BV
ALP Forward BV
ALP Guard BV
ALP Ippon BV
ALP Keeper BV
ALP Maritime Contractors BV
ALP Maritime Group BV
ALP Maritime Holding BV
ALP Maritime Services BV
ALP Ocean Towage Holding BV
ALP Striker BV
ALP Sweeper BV
ALP Winger BV
Altera Al Rayaan LLC
Altera Al Rayyan LLC
Altera do Brasil Servicos Maritimos Ltda.
Altera Infrastructure Chartering LLC
Altera Infrastructure Coöperatief UA
Altera Infrastructure Crewing AS
Altera Infrastructure Finance Corp.
Altera Infrastructure FSO Holdings Ltd.
Altera Infrastructure GP LLC
Altera Infrastructure Group Ltd.
Altera Infrastructure Holdings LLC
Altera Infrastructure LP
Altera Infrastructure Norway AS
Altera Infrastructure Operating Holdings LLC
Altera Infrastructure Production AS
Altera Infrastructure Production Crew AS
Altera Infrastructure Production Holdings Ltd.
Altera Infrastructure Project Services LLC
Altera Infrastructure Services Pte. Ltd.
Altera Infrastructure Siri AS
Altera Knarr AS
Altera Petrojarl I Servicos de Petroleo Ltda.
Altera Piranema Servicos de Petroleo Ltda.
Altera Production UK Ltd.
Altera Voyageur Production Ltd.

Arendal Spirit AS
Arendal Spirit LLC
Clipper LLC
Gina Krog AS
Gina Krog LLC
Gina Krog Offshore Pte. Ltd.
Golar-Nor (UK) Ltd.
Knarr LLC
Logitel Offshore Holdings Pte. Ltd.
Logitel Offshore Norway AS
Logitel Offshore Pte. Ltd.
Logitel Offshore Rig I Pte. Ltd.
Logitel Offshore Rig II Pte. Ltd.
Logitel Offshore Rig III LLC
Petrojarl I LLC
Petrojarl I Production AS
Piranema LLC
Piranema Production AS
Salamander Production (UK) Ltd.
Teekay Al Rayyan LLC
Teekay Corp.
Teekay Hiload LLC
Teekay Knarr AS
Teekay Offshore Finance Corp.
Teekay Offshore GP LLC
Teekay Offshore Holdings LLC
Teekay Offshore Partners LP
Teekay Petrojarl Production AS
Teekay Petrojarl UK Ltd.
Teekay Shipping Norway AS
Teekay Voyageur Production Ltd.
Tiro Sidon Holdings LLC
Tiro Sidon LLC
Tiro Sidon UK LLP
Varg LLC
Voyageur LLC

## SCHEDULE 1(b)

### Current and Recent Former Directors & Officers

Agerup, Benedicte Bakke
ALP Maritime Group BV
ALP Maritime Services BV
ALP Ocean Towage Holding BV
Altera Infrastructure FSO Holdings Ltd.
Altera Infrastructure Holdings LLC
Bateson, John Paul
Bø, Johanne Koll-Hansen
Boon, Randy Tan Wee
Brett, Christopher Allan
Bye, Arne
Bye-Andersen, Tor-Olav
Cannon, David
Corrie, Pamela
Craig, Ian
de Geus, Arjen
Delday, William James
Donaldson, Duncan
Duthie, William James
Flaton, Carol
Hillersøy, Idar Andreas
Hui, Ni Tan
Juul, Thale Martine
Keglevic, Paul
Kerr, Fraser Colin
King, Martin Spencer
Koll-Hansen Bø, Johanne
Lau Preeya, Sheryl
Laurie, Craig
Lee, Tan Teck
Leusink, Leo
Mitchell, Giles Mark
Morrison, Gregory
Mulder, Paul
Øie, Tor Olav
Rank, Ralf
Reid, Jim
Reiestad, Reidun Blom
Rougier, Regis
Rudnick, Michael
Sæther, Ingvild
Silva, Nelson

Smith, David Alexander Vik
Steinsland, Jan Rune
Transier, William L.
Turcotte, Denis
Utt, Bill

# SCHEDULE 1(c)

## Non-Debtor Entities

ALP Maritime Contractors BV
Altera (Atlantic) Chartering ULC
Altera (Atlantic) Management ULC
Altera Global Shared Services (Philippines)
    Inc.
Altera Grand Banks AS
Altera Grand Banks Shipping AS
Altera Infrastructure Holding LLC
Altera Infrastructure Holding Pte. Ltd.
Altera Infrastructure Production (Singapore)
    Pte. Ltd.
Altera Infrastructure Ventures AS
Altera Libra Netherlands BV
Altera Norway Holding AS
Altera Norway Holdings AS
Altera Norway Marine AS
Altera Operations Australia Pty. Ltd.
Altera Shuttle Loading Pte. Ltd.
Altera Shuttle Tanker Finance LLC
Altera Shuttle Tankers LLC
Altera Wave AS
Altera Wind AS
Altera Luxembourg SARL
Altera Petrojarl FPSO Petrolifera do Brasil
    Ltda.
Amundsen Spirit LLC
Arendal Spirit UK Ltd.
Aurora Spirit AS
Bossa Nova Spirit LLC
Brookfield Business Partners LP
Brookfield Group
Current Spirit AS
Dampier Spirit LLC
KS Apollo Spirit
Lambada Spirit LLC
Logitel Offshore Pte. Ltd.
Logitel Offshore Rig III LLC
Nansen Spirit LLC
Navion Bergen AS
Navion Bergen LLC
Navion Gothenburg AS
Navion Gothenburg LLC

Nordic Rio LLC
OOG-TK Libra GmbH
OOG-TK Libra GmbH & Co. KG
OOGTK Libra Operator Holdings Ltd.
OOGTK Libra Producao de Petroleo Ltda.
OOG-TKP FPSO GmbH
OOG-TKP FPSO GmbH & Co. KG
OOG-TKP Oil Services Ltd.
OOG-TKP Operator Holdings Ltd.
OOG-TKP Producao de Petroleo Ltda.
Partrederiet Stena Udland Shuttle Tanks II
    DA
Partrederiet Stena Ugland Shuttle Tankers I
    DA
Partrederiet Stena Ugland Shuttle Tankers II
    DA
Partrederiet Stena Ugland Shuttle Tankers
    III DA
Partrederiet Stena Ugland Shuttle Tanks I
    DA
Partrederiet Stena Ugland Shuttle Tanks III
    DA
Peary Spirit LLC
Rainbow Spirit AS
Samba Spirit LLC
Scott Spirit LLC
Sertanejo Spirit LLC
Stella Maris CCS AS
Teekay Australia Offshore Holdings Pty
    Ltd.
Teekay FSO Finance Pty. Ltd.
Teekay Hiload LLC
Tide Spirit AS
Tiro Sidon UK LLP
TK-Ocyan Libra Oil Services Ltd.
Varg LLC

# **SCHEDULE 1(d)**

## **Depository Banks**

ABN AMRO Bank NV
Citibank
Credit Agricole SA
DNB Bank ASA
Signature Bank

## **SCHEDULE 1(e)**

### **Competitors**

AET Tankers
ALP Inc.
Bluewater Holding BV
Boskalis BV
Bumi Armada Berhad
BW Offshore Ltd.
Euronav NV
European Navigation Inc.
Knutsen Group
MODEC
MODEC Inc.
Omni Offshore Terminals
PACC Offshore Services Holdings
PT Suasa Benua Sukses
SBM Offshore
Tsakos Energy Navigation Ltd.
Viken Mol AS
World Carrier Corp.
Yinson Holdings Berhad

# SCHEDULE 1(f)

## Contract Parties

A/S Norske Shell
Atlanta Field BV
BG Norge AS
Britoil Ltd.
Enauta Energia SA
Equinor Energy AS
Jordbaer Group
Karoon Petróleo e Gás Ltda.
Medco Energi Thailand (Bualuang) Ltd.
Ocyan SA
Petroleo Brasileiro SA
Qatar Petroleum
Teekay Hummingbird Production Ltd.

# SCHEDULE 1(g)

## Customers

A/S Norske Shell
Atlanta Field BV
Britoil Ltd.
Enauta Energia SA
Equinor Energy AS
Karoon Petróleo e Gás Ltda.
Medco Energi Thailand (Bualuang) Ltd.
Petroleo Brasileiro SA
Qatar Petroleum
Teekay Hummingbird Production Ltd.

## <u>SCHEDULE 1(h)</u>

### <u>Insurance / Benefits Administrators</u>

4Service Offshore AS
Allianz Global Corporate & Specialty AG
Aon Grieg AS
Arch Insurance Co. (Europe) Ltd.
ASR Levensverzekering NV
Assuranceforeningen SKULD (Gjensidig)
Atrium Rekruttering AS
Berkley Europe Underwriters AS
Berkshire Hathaway European Insurance
    DAC
Borland Insurance Ltd.
Bradesco Dental
Bradesco Saude SA
Bradesco Vida E Previdencia SA
Bupa Insurance Ltd.
Cocolife
Confidential Partners Inc.
DB Insurance Co., Ltd.
Den Norske Krigsforsikring for Skib
    Gjensidig Forening
DNB Bank ASA
DNB Health Insurance
DNB Livsforsikring AS
DNB Livsforsikring ASA
ERGO Versicherung AG
Europeiske Travel Insurance
Falcon Insurance Co. (Hong Kong) Ltd.
Fellesordnigen for Avtalefestet Pensjon
FWD Life Insurance Corp.
Gard
Gard Marine & Energy Ltd.
Gard P&I (Bermuda) Ltd.
Generali, Iard
Hanssen Equity A/S
Helvetia Assurances SA
Icatu Seguros SA
IF Payroll & HR
Intellicare Group
International General Insurance Co. Ltd.
JAB Recruitment
Lancashire Insurance Co. (UK) Ltd.
Legal & General Assurance Society Ltd.

Lloyds Insurance Co. SA
Lutine Assurance Services Ltd.
Marine Benefits AS
Marsh BV
Marsh Ltd.
Marsh SAS
Marsh Specialty
MS Amlin Insurance SE
MS First Capital Insurance Ltd.
MSAmlin Insurance SE
Norwegian Hull Club
Norwegian Shipowners' Association
Pensjonstrygden for Sjømenn
Philippine Health Insurance Corp.
SCOR SE
SCOR UK Co. Ltd.
SEB Kort Bank AB
SIAT Societa Italiana Assicurazione e
    Riassicurazioni PA
Skuld Marine Agency (SMA) AS
Skuld Offshore
Sparebank 1 Skadeforsikring AS
Storebrand Livsforsikring AS
Swiss Re International SE, Rappresentanza
    per l'Italia
Thomas Miller Specialty Underwriting
    Agency Ltd.
Tokio Marine & Nichido Fire Insurance Co.
    Ltd.
Tryg Forsikring
Willis Towers Watson plc
XL Insurance Co. SE
Zurich Pension Fund Co.

# SCHEDULE 1(i)

## Lease Parties

Adviesbureau Hanssen
Alltec
Aon - Grieg Trygghetsforsikring
AS-Tech Solution SC
Atlas Professionals do Brasil Ltda.
Badehusgata 33-39 AS
Balfe Ltd.
Banavigå KS
BjellCon
Brattørkaia 17 AS
Brunel Energy Serviços Ltda.
Bryants
Canada Life
Ceridian
CYA Land & Properties Inc.
Drover
Europeiske Reiseforsikring
Fabi AS
Faststream
HS Hiring Solutions Inc.
JobStreet (Philippines) Inc.
Marlow Navigation Co. Ltd.
Marlow Navigation India Pvt. Ltd.
Metropolitan Bank Corp.
MT PropCo BV
NES Fircroft
Northeast Business Solutions
Penmore
Personalhuset Staffing Group AS
PMC Industries
Rambøll
RelyOn Nutec
RHDNS Outsourcing do Brasil Ltda.
Right Skills AS
SA Solutions
Safetec
SMFB
Teekay Services Ltd.
Teekay Shipping Philippines Inc.
Thorpe Molloy
Timesoft
Tricor

TS Group
Twenty-Two Mount Street Pty. Ltd.
WeWork
Zarpa Crew Serviços Maritimos

## **SCHEDULE 1(j)**

### **Lenders / Secured Creditors**

ABN AMRO
ABN AMRO Bank NV
ABN AMRO Capital USA LLC
Bank of New York Mellon, The
Bank of Tokyo-Mitsubishi UFJ Ltd., The
BNP
Brookfield TK Block Acquisition LP
Brookfield TK Loan 2 LP
Brookfield TK Loan LP
BTMU
CBA
Citibank
Citibank Europe plc, UK Branch
Citibank Japan Ltd.
Citibank NA
Citibank NA, London Branch
Citicorp International Ltd.
Clifford Capital
Commonwealth Bank of Australia
Credit Agricole Corporate & Investment
    Bank
Credit Agricole SA
Credit Suisse
Credit Suisse AG
DBJ
DBS
DNB
DNB Bank ASA
DNB Bank ASA, New York Branch
DNB Capital LLC
DNB Markets Inc.
DNB Markets, Oslo Branch
DVB
Export Finance Norway
Garanti-Instituttet for Eksportkreditt AS
HSBC Bank USA, NA
ING
ING Bank NV, Singapore Branch
ING Capital LLC
ING Capital Markets LLC
JBIC
KEB

KEXIM
KfW
KLP
Korea Exchange Bank of Canada, Main
    Branch
Korea Exchange Bank, Investment Banking
    Division
Korea Exchange Bank, London Branch
Korea Exchange Bank, Panama Branch
K-Sure
Morgan Stanley Bank International Ltd.
MUFG
MUFG Bank Ltd.
NAB
National Australia Bank Ltd.
Natixis, New York Branch
Nexi
NIB
NIBC Bank NV
Nordea Bank Finland plc, New York Branch
Santander Bank NA
Scotiabank Europe plc
SMBC
SMBC Nikko Capital Markets Ltd.
Societe Generale, London Branch
Sumitomo Mitsui Banking Corp.
Tenshi Investment Pvt. Ltd.
US Bank NA
Wilmington Trust NA
Agnes Helen McKenzie Cochrane or Wright
BNP Paribas SA
DNB Bank ASA, New York Branch
Duncan, Alexander
Findlay, Jeannie
Fitzhardinge Properties Ltd.
J.B.S.L. Holdings Ltd.
Jordans Ltd.
LDC (Culver) Ltd.
LDC (Portfolio One) Ltd.
North of Scotland Water Authority
Scottish & Southern Energy plc
Trustees of Henry Erskine Forbes

US Bank NA
Vistra Ltd.
Westhill Developments Co. Ltd.

# SCHEDULE 1(k)

## Litigation

Altera & Ocyan
Aquamarine Master Fund LP
Brazil, Government of, Federal Prosecution Office
Britoil Ltd.
Chevron
J. Deal Partnership I LP
Monosson, Steven A.
Noster Capital Master Fund
Petróleo Brasileiro SA Petrobras
Transpetro
Whiting, Mark

## <u>SCHEDULE 1(l)</u>

### <u>Members of Noteholder Ad Hoc Group</u>

BlackRock Financial Management Inc.
Capital Research & Management Co.
CastleKnight Management LP
CI Investments Inc.
Manulife Investment Management (US) LLC
Manulife Investment Management Ltd.
Mesirow Financial Investment Management Inc.
SSGA Trust Co.

# SCHEDULE 1(m)

## Professionals

Advokatfirmaet BAHR AS
Advokatfirmaet Schjodt AS
Advokatfirmaet Selmer AS
AKD NV
Arntzen De Besche
Ashurst Australia
Bahamas Maritime Authority London
Baker & McKenzie Amsterdam NV
Baker & McKenzie Wong & Leow
Baker Botts LLP
BBM Solicitors Ltd.
BDO Tax Advisory Pte. Ltd.
Bracewell LLP
Brodies LLP
Clyde & Co. LLP
Conyers Dill & Pearman Ltd.
Covington & Burling LLP
Cravath Swaine & Moore LLP
DJP Solicitors
Ducera Partners LLC
Ernst & Young - Qatar
Ernst & Young Accountants LLP
Ernst & Young AS
Ernst & Young LLP
Esguerra & Blanco Law Offices
Evercore Inc.
Eversheds LLP
EY Office Ltd.
FTI Consulting Inc.
Jay Printz Law
Higgs & Johnson
Holman Fenwick & Willan LLP
Houlihan Lokey
Jackson Walker LLP
Kincaid Mendes Vianna Advogados
Kluge Advokatfirma AS
KPMG AS
KPMG Law Advokatfirma AS
KPMG LLP
KPMG Services Pte. Ltd.
Lawler Partners Pty. Ltd.
Loyens & Loeff Rotterdam

Marcelo Junger Sociedade de Advogados
Marinelaw AS
Mayer Brown International LLP
Mayer Brown LLP
McHardy & Burnett
McInnes Cooper LLP
Mourant Ozannes (Jersey) LLP
Norton Rose Fulbright LLP
Oon & Bazul LLP
Padis Mattar Advogados
Paul Weiss Rifkind Wharton & Garrison
     LLP
Perkins Coie LLP
Pinsent Masons LLP
PJT Partners Inc.
Potter Anderson & Corroon LLP
Pricewaterhousecoopers
Pricewaterhousecoopers AS
Puglisi & Associates
Quadrant Chambers Ltd.
Quinn Emanuel Urquhart & Sullivan LLP
Rutters Solicitors
Schjodt AS
Schjodt LLP
Squire Patton Boggs (UK) LLP
Stephensson Harwood LLP
Stewart & Watson & Co. Ltd.
Stretto
Ten Holter / Noordam Advocaten
Thompsons Solicitors LLP
Toppan Merrill Corp.
Turner & Co.
Veirano e Advogados Associados
Vieira, Rezende, Barbosa e Guerreiro
     Advogados
Vinson & Elkins LLP
Wachtell, Lipton, Rosen & Katz
Watson Farley & Williams LLP
Yorkshire Payroll Services Ltd.

# <u>SCHEDULE 1(n)</u>

## <u>Shareholders</u>

Brookfield Asset Management Inc.
Brookfield Business Partners LP
Brookfield Capital Partners (Bermuda) Ltd.
PFLD - AAM Low Duration Preferred and Income Securities ETF

# SCHEDULE 1(o)

## Taxing Authorities

Aberdeen City Council (Scotland)
Amsterdam, City of (Netherlands, Belastingdienst, Kantoor)
Brazil, Government of, Federal Revenue Service
Brazil, Government of, Municipal Secretary of Treasury, City of Aracaju-SE
Brazil, Government of, Municipal Secretary of Treasury, City of Niteroi-RJ
Brazil, Government of, Municipal Secretary of Treasury, City of Rio de Janeiro-RJ
Brazil, Government of, State of Sergipe, Treasury Department of the
HM Revenue & Customs, Cumbernauld
IRAS
Qatar, Government of, General Authority of Customs
Qatar, Government of, General Tax Authority
Skatteetaten Skatteinnkreving
Skatteoppkrever Utland Tax Collector
Thailand, Government of, Revenue Dept.
Trust Co. of the Marshall Islands Inc., The
United Kingdom, Government of the, Her Majesty's Revenue & Customs
United States, Government of the, Department of the Treasury, Internal Revenue Service

# SCHEDULE 1(p)

## Top 30 Unsecured Creditors

Aker Solutions ASA
Bank of New York Mellon, The
BELFOR Technology (Nederland) BV
Bilfinger UK Ltd.
Cockett Marine Oil DMCC
DNV AS
DOF Subsea Norway AS
Dovre Group Energy AS
EnerMech AS
Estaleiros BrasfFELS Ltda.
Health & Safety Executive
IPS (Aberdeen) Ltd.
Kasomo Energy AS
Kuehne + Nagel Ltd.
Liebherr - Danmark APS
Marlink AS
Marsh Ltd.
NES Global Talent Norge AS
Nortrans Accommodation Pte. Ltd.
Offshore Og Marin Hydraulikk AS
Reach Subsea AS
Rena Quality Group AS
RigNet Serviços de Telecomunicações Brasil Ltda.
Shell Marine Products Singapore
Sodexo Remote Sites Norway AS
Solidenergy AS
Teekay Corp.
Teekay Shipping Ltd.
Three60 EPCC Ltd.
Vipo

## SCHEDULE 1(q)

### U.S. Trustee Personnel, Judges, and court contacts for the Southern District of Texas (and key staff members)

Alonzo, Albert
Barcomb, Alicia
Bradley, David J.
Caluza, Alethea
Castro, Ana
Castro, Ruben
Chavez, Jeannie
Conrad, Tracey
Do, LinhThu
Duran, Hector
Epstein, Kevin M.
Gerhard, Ivette
Griffin, Barbara
Hansen, Darlene
Henault, Brian
Isgur, Marvin
Johnson-Davis, Luci
Jones, David R.
Jones, Omar E.
Laws, Tyler
Lopez, Christopher
Lowery, Jennifer
Miller, Elizabeth
Motton, Linda
Nguyen, Ha
Norman, Jeffrey P.
Otto, Glenn
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rivera, Yasmine
Rodriguez, Eduardo V.
Ruff, Jayson B.
Saldona, Rosario
Sall, Millie Aponte
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Travis, Christopher R.
Waxton, Clarissa

Whitworth, Jana

## SCHEDULE 1(r)

### Vendors

Apollo Offshore Engineering Ltd.
Bilfinger UK Ltd.
BP Exploration Operating Co. Ltd.
Chimbusco Pan National Petro-Chemical Co. Ltd.
Cockett Marine Oil DMCC
DNV AS
Dof Subsea UK Ltd.
Kanfa AS
Machinefabriek Bolier BV
Marlow Offshore Netherlands
Minerva Bunkering Pte. Ltd.
Peterson United Kingdom Ltd.
Semco Maritime Ltd.
Siemens Energy Industrial Turbomachinery Ltd.
Sodexo Remote Sites Norway AS
Sodexo Remote Sites Scotland Ltd.
Solidenergy AS
Strategic Resources Inc.
Technip UK Ltd.
Teekay Hummingbird Production Ltd.
Teekay Petrojarl Floating Production UK
Teekay Petrojarl Production AS
Teekay Shipping (Australia) Pty Ltd. (Aud)
Teekay Shipping Ltd.
Teekay Shipping Norway AS (Poland)
Three60 Energy Ltd.
Trefoil Trading BV
Ugland Stena Storage AS
Wartsila Netherlands BV
Wartsila UK Ltd.

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Allianz Global Corporate & Specialty AG | Allianz Capital Partners GmbH | Closed |
| Aon - Grieg Trygghetsforsikring | Aon Affinity Administradora de Beneficios Ltda. | Current |
| Aon Grieg AS | Aon Corporation | Current |
| | Aon Financial Services Group, Inc. | Current |
| | Aon Holdings Corretores de Seguros Ltda. | Current |
| | Aon IP Advantage Fund LP | Current |
| | Aon Risk Services Central Inc. | Current |
| | Aon Risk Services Cos. Inc. | Current |
| | Aon Risk Services Northeast Inc. | Current |
| | Aon Risk Services Southwest Inc. | Current |
| | Aon Risk Solutions | Current |
| | Keith R. Moore | Current |
| Badehusgata 33-39 AS | Apcoa Parking Holdings GmbH | Current |
| | Centerbridge Partners Europe LLP | Closed |
| | Centerbridge Partners, L.P. | Current |
| Bank of New York Mellon, The | Alcentra Limited | Former |
| Bank of Tokyo-Mitsubishi UFJ Ltd., The | Mitsubishi UFJ Financial Group, Inc. | Closed |
| | MUFG Union Bank, N.A. | Current |
| BELFOR Technology (Nederland) BV Dovre Group Energy AS | American Securities LLC | Current |
| Berkley Europe Underwriters AS | W.R. Berkley Corporation | Closed |
| Berkshire Hathaway European Insurance DAC | Berkshire Hathaway Energy Co. | Closed |
| | Berkshire Hathaway Inc. | Current |
| | BHE Renewables, LLC | Current |
| | BHER Power Resources Inc. | Current |
| | BNSF Railway | Current |
| BlackRock Financial Management Inc. | BlackRock Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BlackRock Investment Management (UK) Limited | Closed |
| | Mark B. Florian | Current |
| BNP | BNP Paribas Securities (Asia) Ltd. | Closed |
| Borland Insurance Ltd. | Anna May L. Trala | Current |
| | AssuredPartners, Inc. | Current |
| | Benjamin J. Daverman | Current |
| | Christian B. McGrath | Current |
| | Constantine S. Mihas | Current |
| | Craig A. Bondy | Current |
| | GTCR Investment Holdings (Blocked) LP | Current |
| | GTCR Investment Holdings (Unblocked) LP | Current |
| | GTCR Management Holdings LP | Current |
| | GTCR, LLC | Current |
| | James E. Bonetti | Current |
| | Mark M. Anderson | Current |
| | Michael S. Hollander | Current |
| | Sean L. Cunningham | Current |
| Borland Insurance Ltd. | Apax Digital LP | Current |
| | Apax Europe V, L.P. | Current |
| | Apax Europe VI LP | Current |
| | Apax Europe VII LP | Current |
| | APAX Excelsior VI, L.P. | Current |
| | APAX Excelsior VI-A C.V. | Current |
| | APAX Excelsior VI-B C.V. | Current |
| | Apax Foundation | Closed |
| | Apax IX EUR | Current |
| | Apax IX USD | Current |
| | Apax Partners Europe Managers Ltd. | Closed |
| | Apax Partners LLP | Current |
| | Apax Partners SAS | Closed |
| | Apax VIII EUR | Current |
| | Apax VIII USD | Current |
| | AssuredPartners, Inc. | Current |
| BP Exploration Operating Co. Ltd. Britoil Ltd. | BP America Inc. | Current |
| | BP America Production Co. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BP Amoco | Current |
| | BP Caribbean Ventures LLC | Current |
| | BP Company North America Inc. | Current |
| | BP Corp. North America Inc. | Current |
| | BP Exploration & Oil Inc. | Current |
| | BP Exploration & Production Inc. | Current |
| | BP Exploration Inc. | Current |
| | BP Exploration Mexico Limited, S.A. de C.V. | Former |
| | BP Gas Marketing Limited | Closed |
| | BP Holdings North America Ltd. | Current |
| | BP Marine Ltd. | Closed |
| | BP Mexico Holding Company, S.A. de C.V. | Former |
| | BP plc | Current |
| | BP Products North America Inc. | Current |
| | BP Trinidad & Tobago LLC | Former |
| | BP West Coast Products LLC | Current |
| Brookfield Asset Management Inc. | Altera Infrastructure L.P. | Current |
| Brookfield Business Partners LP | BPR REIT Services LLC | Current |
| Brookfield Capital Partners (Bermuda) Ltd. | Brookfield Asset Management Inc. | Current |
| Brookfield Group | Brookfield Asset Management, LLC | Current |
| Brookfield TK Block Acquisition LP | Brookfield Business Partners LP | Current |
| Brookfield TK Loan 2 LP | Brookfield Capital Partners Ltd. | Closed |
| Brookfield TK Loan LP | Brookfield Infrastructure Credit Fund | Closed |
| | Brookfield Infrastructure Debt Fund II LP | Current |
| | Brookfield Properties Development LLC | Current |
| | Brookfield Renewable Partners LP | Current |
| | Brookfield Special Opportunities LLC | Current |
| | Brookfield Strategic Real Estate Partners III | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Jordon Kruse | Current |
| | Matthew Wilson | Current |
| | Neal Schore | Current |
| | Oaktree Acquisition Corp. | Current |
| | Oaktree Acquisition Corp. II | Current |
| | Oaktree ATI Investors LP | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Maritime Finance Holdings XI Ltd. | Current |
| | Oaktree Maritime Finance II, LLC | Closed |
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Closed |
| | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
| | Oaktree Power Opportunities Fund IV LP | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Specialty Lending Corporation | Current |
| | Oaktree Strategic Credit | Closed |
| | Ronald N. Beck | Former |
| | Stephen Kaplan | Closed |
| BTMU | First Sentier Investors (Australia) RE Ltd. | Closed |
| MUFG | Mitsubishi UFJ Financial Group, Inc. | Closed |
| | MUFG Securities Americas Inc. | Current |
| | MUFG Union Bank, N.A. | Current |
| Capital Research & Management Co. | Capital International Inc. | Current |
| | Capital Research and Management Co. | Closed |
| | Steven T. Watson | Current |
| | The Capital Group Companies, Inc. | Current |
| Chevron | Chevron Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Chevron USA Inc. | Current |
| CI Investments Inc. | Joost F. Thesseling | Current |
| | Timothy Hall | Current |
| Citibank<br>Citibank Europe plc, UK Branch<br>Citibank Japan Ltd.<br><br>Citibank NA<br>Citibank NA, London Branch<br>Citicorp International Ltd. | Citibank | Closed |
| | Citigroup Global Markets Asia Ltd. | Current |
| | Citigroup Global Markets Europe AG | Current |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Inc. | Current |
| Clifford Capital<br><br>DBS | Azalea Investment Management Pte Ltd. | Current |
| | Temasek Capital Private Ltd. | Closed |
| | Temasek Holdings (Pte.) Ltd. | Closed |
| | TrustWave Holdings, Inc. | Closed |
| | Vertex Venture Holdings Ltd. | Closed |
| Cockett Marine Oil DMCC | Vitol S.A. | Current |
| Credit Agricole Corporate & Investment Bank<br><br>Credit Agricole SA | Crédit Agricole Corporate and Investment Bank | Closed |
| Credit Suisse<br>Credit Suisse AG | Anton Merlushkin | Current |
| | Credit Suisse (Hong Kong) Limited | Current |
| | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Asset Management, LLC | Closed |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Closed |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Closed |
| | Credit Suisse Securities, Sociedad de Valores SA | Closed |
| | Jay Kim | Current |
| | Jim Barkley | Current |
| | Yves-Alain Sommerhalder | Current |
| DNB | DNB Markets, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| DNB Bank ASA<br>DNB Bank ASA, New York Branch<br>DNB Capital LLC<br>DNB Health Insurance<br>DNB Livsforsikring AS<br>DNB Livsforsikring ASA<br>DNB Markets Inc.<br>DNB Markets, Oslo Branch | | |
| EnerMech AS | AlpInvest Partners B.V. | Current |
| | Carlyle Asia Growth Partners IV LP | Closed |
| | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Aviation Fund Management LLC | Current |
| | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Closed |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Group, The | Current |
| | Carlyle Hong Kong Equity Management Limited | Closed |
| | Carlyle Infrastructure Fund LP | Current |
| | Carlyle Investment Management LLC | Closed |
| | CECP Advisors LLP | Closed |
| | CIM Global LLC | Current |
| Ernst & Young - Qatar<br>Ernst & Young Accountants LLP<br>Ernst & Young AS<br>Ernst & Young LLP | Ernst & Young Canada | Closed |
| Evercore Inc. | Evercore Inc. | Current |
| FTI Consulting Inc. | FTI Consulting Inc. | Current |
| | John Howard Batchelor | Current |
| | Kenneth Fung | Current |
| FWD Life Insurance Corp. | FWD Group Management Holdings Limited | Closed |
| | FWD Life (Hong Kong) Ltd. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | FWD Life Insurance Company (Bermuda) Limited | Closed |
| | FWD Life Insurance Public Co. Ltd. | Closed |
| | Richard Li | Closed |
| Houlihan Lokey | Houlihan Lokey EMEA, LLP | Current |
| HSBC Bank USA, NA | HSBC Holdings plc | Closed |
| ING<br>ING Bank NV, Singapore Branch<br>ING Capital LLC<br>ING Capital Markets LLC | ING Bank N.V.<br>ING Capital LLC | Current<br>Current |
| IRAS | CapitaLand Fund Management Pte. Ltd. | Current |
| | GIC Infra Holdings Pte Ltd. | Current |
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Closed |
| | GIC Real Estate Inc. | Current |
| | Ora Investment Pte. Ltd. | Closed |
| | P3 Group S.à r.l. | Closed |
| | Temasek Capital Private Ltd. | Closed |
| | Vertex Venture Holdings Ltd. | Closed |
| Jordans Ltd. | Baring Private Equity Asia Limited | Current |
| KEB<br>Korea Exchange Bank of Canada, Main Branch<br>Korea Exchange Bank, Investment Banking Division<br>Korea Exchange Bank, London Branch<br>Korea Exchange Bank, Panama Branch | KEB Hana Bank | Current |
| KPMG AS<br>KPMG Law Advokatfirma AS<br>KPMG LLP<br>KPMG Services Pte. Ltd. | KPMG (HK)<br>KPMG Auditores, S.L.<br>KPMG International Cooperative<br>KPMG Law Firm<br>KPMG LLP<br>KPMG LLP (Canada) | Current<br>Closed<br>Closed<br>Closed<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | KPMG LLP (Singapore) | Current |
| Legal & General Assurance Society Ltd. | LGIM America Inc. | Current |
| Lloyds Insurance Co. SA | Lloyd's America, Inc. | Closed |
| Loyens & Loeff Rotterdam | Loyens & Loeff | Closed |
| Marlink AS | Providence Equity Partners L.L.C. | Current |
| | Providence Equity Partners VIII LP | Current |
| Marsh Ltd.<br>Marsh Specialty | Oliver Wyman Inc. | Current |
| MLPRX - Invesco Oppenheimer SteelPath MLP Income Fund Class C | Invesco Hong Kong Ltd. | Current |
| | Invesco Private Capital, Inc. | Current |
| | Invesco Senior Secured Management, Inc. | Current |
| | Invesco US Private Equity Partnership Fund VI LP | Closed |
| | Invesco US Venture Partnership Fund VI LP | Closed |
| Morgan Stanley Bank International Ltd. | Morgan Stanley | Current |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Closed |
| | Morgan Stanley Real Estate Investing | Current |
| | Morgan, Stanley & Co. | Current |
| | Prime Property Fund | Current |
| NAB<br>National Australia Bank Ltd. | nabSecurities, LLC | Closed |
| Natixis, New York Branch | MV Credit Partners LLP | Current |
| NES Fircroft<br>NES Global Talent Norge AS | Equistone Partners Europe Ltd. | Current |
| Nexi | Nexi S.p.A. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| NIBC | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Closed |
| NIBC Bank NV | BCP VIII, L.P. | Closed |
| | Bilal Khan | Current |
| | Blackstone Advisors India Pvt. Ltd. | Current |
| | Blackstone Alternative Asset Management LP | Closed |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Alternative Solutions LLC | Closed |
| | Blackstone Asia | Current |
| | Blackstone CQP Holdco LP | Closed |
| | Blackstone Energy Partners | Closed |
| | Blackstone Group International Partners LLP, The | Closed |
| | Blackstone Group, The | Closed |
| | Blackstone Growth LP | Current |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners LP | Current |
| | Blackstone ISG-I Advisors LLC | Closed |
| | Blackstone ISG-II Advisors LLC | Closed |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Closed |
| | Blackstone Property Partners Europe Holdings SARL | Current |
| | Blackstone Property Partners LP | Closed |
| | Blackstone Real Estate | Closed |
| | Blackstone Real Estate Advisors | Closed |
| | Blackstone Real Estate Investment Trust | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners Limited | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Special Situations Advisors LLC | Closed |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings LP | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Closed |
| | Blackstone Tactical Opportunities Advisors LLC | Closed |
| | Blackstone Tactical Opportunities Fund LP | Current |
| | Clarus Ventures LLC | Current |
| | David I. Foley | Current |
| | GSO Capital Partners | Closed |
| | GSO Capital Partners International LLP | Closed |
| | GSO Capital Partners LP | Closed |
| | John-Paul Munfa | Former |
| | Kush Patel | Current |
| | Prakash A. Melwani | Current |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Former |
| Nordea Bank Finland plc, New York Branch | Trill Impact AB | Current |
| Paul Weiss Rifkind Wharton & Garrison LLP | John C. Godfrey | Former |
| Perkins Coie LLP | Daniel C. Osher | Current |
| | Skyler M. Howton | Current |
| | Stephanie I. Command | Current |
| PJT Partners Inc. | Adam Schlesinger | Current |
| | PJT Partners (UK) Limited | Current |
| | PJT Partners Holdings LP | Closed |
| Pricewaterhousecoopers | PricewaterhouseCoopers LLP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Pricewaterhousecoopers AS | PricewaterhouseCoopers LLP Ontario | Current |
| Qatar, Government of, General Tax Authority | Doha Venture Capital LLC | Closed |
| Santander Bank NA | Banco Santander SA | Current |
| Siemens Energy Industrial Turbomachinery Ltd. | Marc Buncher | Current |
| | Siemens Capital Company LLC | Closed |
| | Siemens Convergence Creators Corporation | Closed |
| | Siemens Corporation | Closed |
| | Siemens Credit Warehouse, Inc. | Closed |
| | Siemens Demag Delaval Turbomachinery, Inc. | Closed |
| | Siemens Electrical, LLC | Closed |
| | Siemens Energy Inc. | Current |
| | Siemens Financial Services Inc. | Closed |
| | Siemens Financial, Inc. | Closed |
| | Siemens First Capital Commercial Finance, LLC | Closed |
| | Siemens Fossil Services, Inc. | Closed |
| | Siemens Generation Services Company | Closed |
| | Siemens Government Technologies, Inc. | Closed |
| | Siemens Healthcare Diagnostics Inc. | Closed |
| | Siemens Healthcare Diagnostics Ltd. | Current |
| | Siemens Healthcare GmbH | Current |
| | Siemens Healthcare Ltd. | Current |
| | Siemens Healthineers AG | Current |
| | Siemens Industry Inc. | Closed |
| | Siemens Industry Software Inc. | Current |
| | Siemens Medical Solutions USA Inc. | Current |
| | Siemens Molecular Imaging, Inc. | Closed |
| | Siemens Postal, Parcel & Airport Logistics LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Siemens Power Generation Service Company, Ltd. | Closed |
| | Siemens Product Lifecycle Management Software Inc. | Closed |
| | Siemens Public, Inc. | Closed |
| | Siemens USA Holdings, Inc. | Closed |
| | Siemens Wind Power, Inc. | Closed |
| SMBC | AIC Private Equity Fund General Partner Ltd. | Current |
| SMBC Nikko Capital Markets Ltd. | SMBC Bank EU AG | Current |
| Sumitomo Mitsui Banking Corp. | Sumitomo Mitsui Banking Corp. | Current |
| Stretto | Eagle Point Credit Management LLC | Current |
| | Stone Point Capital LLC | Current |
| | Stretto | Closed |
| Teekay Corp. Teekay Hummingbird Production Ltd. Teekay Petrojarl Floating Production UK Teekay Services Ltd. Teekay Shipping (Australia) Pty Ltd. (Aud) Teekay Shipping Ltd. Teekay Shipping Norway AS (Poland) Teekay Shipping Philippines Inc. Ugland Stena Storage AS | Teekay Corporation | Closed |
| Teekay Petrojarl Production AS | Petroleum Geo-Services AS | Current |
| | PGS ASA | Current |
| Tokio Marine & Nichido Fire Insurance Co. Ltd. | HCC Insurance Holdings, Inc. | Current |
| United States, Government of the, Department of the Treasury, Internal Revenue Service | John C. Godfrey | Former |
| | Konstantina Diamantopoulos | Former |
| | Robert J. Quigley | Former |
| US Bank NA | U.S. Bank NA | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | US Bancorp | Closed |
| WeWork | Andrew Zloto | Former |
| | Ben Ye | Former |
| | Bingbai Hou | Former |
| | Fortress Credit Corporation | Current |
| | Fortress Investment Group | Current |
| | Kofman, Andrew | Closed |
| | Mwashuma Kamata Nyatta | Current |
| | SB Group US, Inc. | Current |
| | SB Investment Advisers (UK) Limited | Current |
| | SB Investment Advisers (US) Inc. | Current |
| | SBLA Advisers Corp. | Current |
| | SoftBank Group Corp. | Closed |
| | SoftBank Vision Fund II-2 LP | Current |
| | SoftBank Vision Fund LP | Closed |
| | SVF 2 | Current |
| | SVF Holdco (UK) Ltd. | Closed |
| | WeWork Companies LLC | Current |
| | WeWork Property Investors LLC | Closed |
| | Yang Du | Closed |
| Willis Towers Watson | Willis Towers Watson plc | Current |
| Wilmington Trust NA | Wilmington Trust-London Limited | Closed |
| XL Insurance Co. SE | AXA Real Estate Investment Managers UK Ltd. | Current |
| | AXA REIM SGP | Current |
| | Maestro Health | Current |
| | XL Global Services, Inc. | Closed |

**<u>EXHIBIT B</u>**

**Donaldson Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) | Case No. 22-90130 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF DUNCAN DONALDSON**
**IN SUPPORT OF THE DEBTOR'S APPLICATION FOR**
**THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND**
**KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 12, 2022**

I, Duncan Donaldson, Group General Counsel of Altera Infrastructure Group Ltd., being duly sworn, state the following under penalty of perjury:

1.      I am the Group General Counsel of Altera Infrastructure Group Ltd., an entity providing enterprise-wide management services and a non debtor subsidiary of Altera Infrastructure L.P., itself located at Altera House Unit 3 Prospect Park, Prospect Road, Arnhall Business Park, Westhill, Aberdeen, AB32 6FJ, United Kingdom.

2.      I submit this declaration (this "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 12, 2022* (the

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

"Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## The Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      Ultimately, the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More specifically, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

## Rate Structure

5.      In my capacity as Group General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations.  As discussed below, I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

**Cost Supervision**

6.      Pursuant to the DIP Order,[3] professionals proposed to be retained by the Debtors are required to provide bi-weekly estimates of fees and expenses incurred in these chapter 11 cases. As a retained professional, Kirkland will be subject to those reporting requirements.  Moreover, the Debtors and Kirkland recognize that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly submits.

7.      As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters and projections of average hourly rates for the attorneys and professionals for various matters.

---

3      "DIP Order" means the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing* [Docket No. 100].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 12, 2022                    Respectfully submitted,

                                              */s/ Duncan Donaldson*
                                              Name: Duncan Donaldson
                                              Title: Group General Counsel, Altera
                                              Infrastructure Group Ltd.