| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90130 |
|---|---|---|---|
| Debtor | In Re: | ALTERA INFRASTRUCTURE LP, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Robert J. Feinstein |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 780 Third Avenue, 34th Floor |
| City & Zip Code | New York, NY 10017 |
| Telephone | (212) 561-7700 |
| Licensed: State & Number | NY (1767805) |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 10/6/2022    Signed: /s/ Robert J. Feinstein |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                           United States Bankruptcy Judge