**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | § | |
| | § | Case No. 22-90130 (MI) |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FIRST MONTHLY FEE STATEMENT OF QUINN EMANUEL
URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM AUGUST 13, 2022, THROUGH AUGUST 31, 2022</u>**

Pursuant to sections 327, 330, and 331 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Bankruptcy Local Rules (the "Local Rules"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (the "Interim Compensation Order") (ECF No. 326), and in recognition of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "US Trustee Guidelines"), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel for Altera Infrastructure L.P. and its debtor-affiliates ("Altera" or the "Debtors") files its first monthly fee statement for the period from August 13, 2022, through August 31, 2022 (the "Monthly Fee Statement") for (i) compensation in the amount of $276,401.60 for the period August 13, 2022, through August 31, 2022 (the "Fee Period") (80% of $345,502.00) and (ii)

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Altera.  The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

reimbursement for the actual and necessary expenses incurred in the amount of $1,294.92 during the Fee Period.

1.  On October 6, 2022, the Court entered the Interim Compensation Order. The Interim Compensation Order provides, among other things, that each professional shall be entitled to file, on or after the 5th day of each month following the month for which compensation is sought, a Monthly Fee Statement and serve the Application Recipients as defined in the Interim Compensation Order. Each Application Recipient or any other party in interest has until 4:00 p.m. (prevailing Central Time) on the day that is 14 days after the filing of the Monthly Fee Statement (the "Objection Deadline") to object to the requested fees and expenses. Upon the Objection Deadline, Altera is authorized to pay the professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement.

2.  In support of the Monthly Fee Statement, attached are the following exhibits:

a.  Exhibit A is a schedule of the number of hours expended and fees incurred by Quinn Emanuel partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories established in accordance with the U.S. Trustee Guidelines.

b.  Exhibit B is a schedule providing certain information regarding the Quinn Emanuel attorneys and paraprofessionals for whose work on this chapter 11 case compensation is sought in this Monthly Fee Statement.

c.  Exhibit C is a schedule setting forth the total amount of reimbursement sought during the Fee Period with respect to each category of expenses for which Quinn Emanuel is seeking reimbursement.

d.  Exhibit D consists of Quinn Emanuel's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to Altera.

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.

WHEREFORE, Quinn Emanuel requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $277,696.52, consisting of (a) $276,401.60 which is 80% of the fees incurred and (b) $1,294.92 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of Altera's estate.

Respectfully submitted this 7th day of November, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ *Patricia B. Tomasco*
Patricia B. Tomasco  (SBN 01797600)
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Benjamin I. Finestone
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: benjaminfinestone@quinnemanuel.com

-and-

Matthew R. Scheck (SBN 24124806)
300 West 6th Street, Suite 2010
Austin, Texas 78701
Telephone: 737-667-6102
Facsimile: 213-443-3100
Email: matthewscheck@quinnemanuel.com

*Special Counsel to Altera Infrastructure L.P. and*
*Altera Infrastructure Holdings L.L.C.*

## EXHIBIT A

### Summary of Legal Fee and Expenses for the Fee Period

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 04 | Avoidance Action Analysis | 125.8 | $190,941.00 |
| 06 | Case Administration | 122.4 | $112,358.50 |
| 10 | Employment and Fee Applications | 14.1 | $8,245.50 |
| 12 | Litigation (ie-Adversary Proceedings) | 25.3 | $33,957.00 |
|  | Total | 287.6 | $345,502.00 |

## <u>EXHIBIT B</u>

## Summary of Hours billed by Quinn Emanuel Attorneys and Paraprofessionals

| Professional | Position With The Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | Corporate Insolvency and Reorganization | $2,130.00 | 6.1 | $12,993.00 |
| Benjamin Finestone | Partner | 2005 | Corporate Insolvency and Reorganization | $1,600.00 | 42.0 | $67,200.00 |
| Matthew Bunting | Partner | 2001 | Litigation | $1,600.00 | 2.0 | $3,200.00 |
| Patricia B. Tomasco | Partner | 1988 | Corporate Insolvency and Reorganization | $1600.00 | .2 | $320.00 |
| Matthew R. Scheck | Partner | 2008 | Corporate Insolvency and Reorganization | $1,465.00 | 71.5 | $104,747.50 |
| Katherine A. Scherling | Counsel | 2010 | Corporate Insolvency and Reorganization | $1,350.00 | 14.7 | $19,845.00 |
| Liz Devaney | Counsel | 2006 | Litigation | $1,335.00 | 13.2 | $17,622.00 |
| Ari Roytenberg | Associate | 2017 | Corporate Insolvency and Reorganization | $1,230.00 | 84.8 | $104,304.00 |
| Barbara J. Howell | Paralegal | N/A | Corporate Insolvency and Reorganization | $480.00 | 16.5 | $7,920.00 |
| Juliette Jacobson | Paralegal | N/A | | $480.00 | 3.1 | $1,488.00 |
| Jet Ma | Litigation Support | N/A | | $175.00 | 33.5 | $5,862.50 |
| Total | | | | | 287.6 | $345,502.00 |

## <u>EXHIBIT C</u>

### Summary of Expenses for the Fee Period

| Expense | Amount |
|---|---|
| Outside photocopies | $16.20 |
| Document reproduction (15 cents per page) | $0.15 |
| Document services | $130.64 |
| RelOne User Fee | $800.00 |
| RelOne Processing | $147.25 |
| RelOne Active Hosting (Per GB) | $200.68 |
| Total | $1,294.92 |

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

September 20, 2022

Carol Flaton
Member, Restructuring Committee
Altera Infrastructure L.P.
Altera Infrastructure Holdings L.L.C.
Altera House, Unit 3, AB32 6FJ
Prospect Park, Arnhall Business Park, Westhill, Aberdeenshire
United Kingdom

Matter #: 11462-00001A
Invoice Number: 101-0000140774
Responsible Attorney: Benjamin Finestone

<u>Altera Bankruptcy</u>

For Professional Services through August 31, 2022 in connection with Quinn Emanuel serves as special counsel to Altera Infrastructure L.P. and Altera Infrastructure Holdings L.L.C in connection with advising Altera with respect to Altera's assessment, analysis, prosecution, and/or resolution as applicable, of any claims or causes of action held by Altera against Altera Infrastructure L.P.'s general partner, Brookfield Business Partners L.P., including in its capacity as a common unitholder in Altera,1 or directors or other insiders related thereto, as instructed by the Restructuring Committee, including in connection with any restructuring, work-out, or insolvency or chapter 11 bankruptcy proceedings.

| | |
|---|---:|
| Fees | $345,502.00 |
| Expenses | $1,294.92 |
| Net Amount | $346,796.92 |
| Total Due This Invoice | $346,796.92 |

**EXHIBIT**

**D**

Confidential – May include attorney-client privileged and work-product information

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

**quinn emanuel trial lawyers**

September 20, 2022                                                                Matter #: 11462-00001A
Page 2                                                                Invoice Number: 101-0000140774

## Statement Detail

### 04   Avoidance Action Analysis

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/22 | MRS | Reviewing first day declaration and conferring internally regarding the same (0.9); conferring internally and with Kirkland regarding first day hearing (0.7). | 1.60 | 2,344.00 |
| 08/14/22 | MRS | Reviewing first day slide presentation and conferring internally and with Kirkland regarding the same (0.7). | 0.70 | 1,025.50 |
| 08/14/22 | BF1 | T.C. with B. Schartz re prep for first day and first day presentation (.5); confer with M. Scheck re same (.4). | 0.90 | 1,440.00 |
| 08/14/22 | KJS | Analyze DIP objection. | 0.40 | 852.00 |
| 08/15/22 | KS2 | Zoom with A. Roytenberg and M. Scheck re: first day hearing and upcoming steps (.70); research re: precedents for declarations and correspondence with A. Roytenberg and M. Scheck re: same (.40). | 1.10 | 1,485.00 |
| 08/15/22 | MRS | Attending first day hearing and conferring internally regarding the same (4.2); internal call regarding sufficiency hearing, brief, discovery, and related issues, and outlining strategy related to same (1.4); conferring internally regarding meeting with Ad Hoc Noteholders and related issues (0.4) | 6.20 | 9,083.00 |
| 08/15/22 | KJS | Exchange correspondence with Matt Scheck re investigation. | 0.40 | 852.00 |
| 08/15/22 | KJS | Analyze correspondence re first day hearing. | 0.30 | 639.00 |
| 08/15/22 | MB3 | Work on English/Scottish legal issues | 1.50 | 2,400.00 |
| 08/15/22 | BF1 | Prep for and attend first day hearing (5.5); confer with C. Flaton re meeting with CapRe (.5). | 6.00 | 9,600.00 |
| 08/16/22 | MRS | Conferring internally and with | 3.70 | 5,420.50 |

**quinn emanuel** trial lawyers

September 20, 2022
Page 3

Matter #: 11462-00001A
Invoice Number: 101-0000140774

| | | | | |
|---|---|---|---|---|
| | | Kirkland regarding briefing schedule and briefing for September 8 hearing (1.6); revising notice of appearance and conferring internally regarding the same (0.6); legal analysis regarding privilege related to investigation and related issues (0.8); conferring internally regarding strategy for sufficiency hearing and related issues (0.7). | | |
| 08/16/22 | BF1 | T.C. with K&E attorneys re briefing for investigation hearing (.5); confer with M. Sheck re same (.5); legal research re matters requested by the Court (.9); confer with C. Flaton re same (.6). | 2.50 | 4,000.00 |
| 08/16/22 | KJS | Analyze correspondence re intercompany claim issues. | 0.30 | 639.00 |
| 08/16/22 | KJS | Confer and exchange correspondence with Matt Scheck re investigation. | 0.50 | 1,065.00 |
| 08/17/22 | MRS | Outlining sufficiency of investigation insert, research related to same, and analyzing documents related to same (1.9). | 1.90 | 2,783.50 |
| 08/17/22 | BF1 | Prep for meeting with objecting noteholder, C. Flaton, E. Kleinhaus (1.5); confer with M. Scheck re same (.6). | 2.10 | 3,360.00 |
| 08/18/22 | KJS | Research re preference issues. | 0.40 | 852.00 |
| 08/18/22 | KJS | Exchange correspondence with Matt Scheck re preference issues. | 0.20 | 426.00 |
| 08/18/22 | BF1 | Prep for meeting with objecting noteholder, C. Flaton, E. Kleinhaus (.9); attend meeting re same (1.7); analysis afterwards for settlement construct (1.9). | 4.50 | 7,200.00 |
| 08/18/22 | KS2 | Call with M. Scheck re: legal issue (.40). | 0.40 | 540.00 |
| 08/18/22 | MRS | Conferring with Kirkland & Ellis regarding follow up questions related to investigation (0.8); analyzing | 3.10 | 4,541.50 |

**quinn emanuel** trial lawyers

September 20, 2022
Page 4

Matter #: 11462-00001A
Invoice Number: 101-0000140774

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                 |      |           |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------|
|            |      | documents related to intercompany claims, and conferring with K. Scherling regarding the same (1.4); conferring internally regarding meeting with Wachtell and related issues (0.6); conferring with potential Scottish law expert regarding legal issues for investigation, and conferring internally regarding the same (0.3). |      |           |
| 08/19/22   | BF1  | T.C. with J. Sussberg re status of settlement negotiations.                                                                                                                                                                                                                                                                                                                                                                      | 0.30 | 480.00    |
| 08/19/22   | BF1  | Call with D. Aronson re meeting (.3); call with C. Flaton re same (.3); call with B. Schartz re same and re sufficiency hearing (.5); c.c. with Restructuring Committee re status of restructuring and meeting re sufficiency (1.4); t.c. with M. Scheck re discovery inbound (.4); c.c. with Evercore and C Flaton re equity splits (1.1); c.c. with G. Campbell, A. Salomon, M. Scheck, A. Roytenberg, and L. Devaney re discovery (.5); legal research re sufficiency hearing (1.8). | 6.30 | 10,080.00 |
| 08/19/22   | MB3  | Emails and calls with CMS Edinburgh                                                                                                                                                                                                                                                                                                                                                                                              | 0.50 | 800.00    |
| 08/19/22   | MRS  | Call with potential consulting expert regarding Scottish law, research related to same and conferring internally regarding the same (1.6); internal call and call with Kirkland regarding discovery and related issues (1.7); conferring internally regarding meeting with Ad Hoc Group and related issues and analyzing documents related to same (0.8); analyzing discovery requests from Ad Hoc Group of Noteholders and analyzing documents related to same (0.7). | 4.80 | 7,032.00  |
| 08/21/22   | KJS  | Research and exchange                                                                                                                                                                                                                                                                                                                                                                                                            | 0.70 | 1,491.00  |

**quinn emanuel** trial lawyers

September 20, 2022                                                        Matter #: 11462-00001A
Page 5                                                          Invoice Number: 101-0000140774

| | | | | |
|---|---|---|---|---|
| | | correspondence with Matt Scheck re investigation. | | |
| 08/21/22 | MRS | Analyzing issues ands cases raised by Ad Hoc Noteholder group, conferring internally regarding the same, and analyzing documents related to same (1.9). | 1.90 | 2,783.50 |
| 08/22/22 | BF1 | Confer with M. Scheck re discovery plan (1.4); t.c. with C. Flaton re discussions with D. Daigle (.5). | 1.90 | 3,040.00 |
| 08/22/22 | KJS | Exchange correspondence re UCC appointment. | 0.20 | 426.00 |
| 08/22/22 | MRS | Analyzing issues and cases raised by Ad Hoc Noteholder's counsel, conferring internally regarding the same, and analyzing documents related to same (2.4); conferring internally regarding discovery, analyzing documents related to same, and conferring with Kirkland regarding the same (1.8); revising brief insert regarding sufficiency of investigation, analyzing documents related to same, and conferring internally regarding the same (1.4). | 4.60 | 6,739.00 |
| 08/23/22 | BF1 | Confer with M. Scheck re BF position/defenses on claims (.9); c.c. with K&E re prep for 9/8 hearing (.5); c.c. with M. Scheck, A. Roytenberg re discovery matters (.5); legal research re position of objecting bondholders (1.8). | 3.70 | 5,920.00 |
| 08/23/22 | MRS | Analyzing issues and cases raised by Ad Hoc Group, analyzing documents from investigation related to same, and conferring internally regarding the same (3.2); conferring internally and with Kirkland regarding discovery and document production, and analyzing documents related to same (2.4); reviewing outline of sufficiency brief, conferring internally regarding the same, and conferring | 6.80 | 9,962.00 |

# quinn emanuel trial lawyers

September 20, 2022                                                            Matter #: 11462-00001A
Page 6                                                          Invoice Number: 101-0000140774

| | | | | |
|---|---|---|---|---|
| | | with Kirkland regarding the same (1.2). | | |
| 08/24/22 | MRS | Analyzing key documents for sufficiency hearing and conferring internally regarding the same (1.4); analyzing documents in connection with discovery from Ad Hoc Group, and conferring internally and with Kirkland regarding the same (2.3); outlining declaration in support of sufficiency of investigation, analyzing documents related to same, and conferring internally regarding the same (1.6). | 5.30 | 7,764.50 |
| 08/24/22 | JJ3 | Create and send binder to C. Flaton per instructions of A. Roytenberg. | 1.00 | 480.00 |
| 08/24/22 | BF1 | T.C. with J. Sussberg re settlement possibilities (.5); c.c. with WLRK, J. Sussberg re same (.5); confer with M. Scheck, A. Roytenberg re factual record (.9). | 1.90 | 3,040.00 |
| 08/25/22 | MRS | Analyzing documents responsive to discovery requests and conferring internally regarding the same (2.3); conferring internally regarding discovery and related issues (1.4); reviewing and revising responses and objections to document requests, and conferring with Kirkland & Ellis and internally regarding the same (1.1); revising insert for brief in advance of September 8 hearing and conferring internally regarding the same (0.8). | 5.60 | 8,204.00 |
| 08/25/22 | KJS | Analyze correspondence re ShuttleCo. | 0.10 | 213.00 |
| 08/25/22 | KS2 | Call with M. Scheck re: brief insert (.60); review background materials for same (.50). | 1.10 | 1,485.00 |
| 08/25/22 | BF1 | Discovery conference with M. Scheck (.5); review presentation redacted (.8); t.c. with J. Sussberg re status of | 1.60 | 2,560.00 |

**quinn emanuel** trial lawyers

September 20, 2022
Page 7

Matter #: 11462-00001A
Invoice Number: 101-0000140774

| | | | | |
|---|---|---|---|---|
| | | settlement discussions (.3). | | |
| 08/26/22 | BF1 | Confer with M. Scheck re various discovery issues and determinations (.7). | 0.70 | 1,120.00 |
| 08/26/22 | MRS | Analyzing documents for production in response to Ad Hoc Group document requests and conferring internally regarding the same (3.7); reviewing and revising RFP responses and conferring internally and with Kirkland regarding the same (1.7); conferring internally regarding sufficiency hearing brief and related issues (0.7). | 6.10 | 8,936.50 |
| 08/26/22 | KJS | Confer with Matt Scheck re investigation. | 0.70 | 1,491.00 |
| 08/26/22 | KJS | Exchange correspondence re UCC appointment & appearances. | 0.20 | 426.00 |
| 08/28/22 | MRS | Reviewing and revising sufficiency hearing brief, and analyzing documents and legal research related to same (2.3). | 2.30 | 3,369.50 |
| 08/28/22 | BF1 | Revise brief re adequacy of investigation (1.8); confer with M. Scheck re same (.5); review letter from UCC (.4); outline response (.4); confer further with M. Scheck re discovery issues (.6). | 3.70 | 5,920.00 |
| 08/29/22 | KJS | Revise brief for sufficiency hearing and exchange correspondence with Matt Scheck re same. | 1.30 | 2,769.00 |
| 08/29/22 | BF1 | C.C. with K&E re letter received from UCC requesting extension (.5); revise response letter to same (.9); t.c. with C. Flaton re discovery prep (.3); attend meet and confer with UCC counsel re discovery (.9); follow up call with J. Zeiger, M. Scheck, B. Schartz (.5). | 3.10 | 4,960.00 |
| 08/29/22 | MRS | Call with Kirkland regarding discovery letter from Committee and | 7.10 | 10,401.50 |

**quinn emanuel** trial lawyers

September 20, 2022                                                    Matter #: 11462-00001A
Page 8                                                      Invoice Number: 101-0000140774

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | related issues (0.7); meet and confer with Committee counsel and counsel for Ad Hoc Noteholders regarding discovery and sufficiency hearing (0.8); reviewing and revising letter to Committee counsel and conferring internally and with Kirkland regarding the same (0.6); revising brief for September 8 sufficiency hearing, analyzing documents related to same, research related to same, and conferring internally and with Kirkland regarding the same (3.6); conferring internally regarding discovery requests and related issues and analyzing documents related to same (1.4). |  |  |
| 08/30/22 | KJS | Analyze UCC continuance motion and exchange correspondence re same. | 0.40 | 852.00 |
| 08/30/22 | MRS | Call with Kirkland regarding emergency motion filed by Committee regarding September 8 hearing (0.5); revising sufficiency brief and conferring internally regarding the same (1.6); analyzing documents for preparation for sufficiency hearing and related discovery (1.3); analyzing interrogatories and documents related to responses thereto, and conferring internally and with Kirkland regarding the same (1.2); reviewing emergency motion by Committee, research related to same, and conferring internally regarding the same (0.5). | 5.10 | 7,471.50 |
| 08/31/22 | BF1 | Attend Restructuring Committee call (.9); review and comment on adequacy of investigation brief (.9); review response to motion to adjourn (.4). | 2.20 | 3,520.00 |
| 08/31/22 | BF1 | C.C. with J. Zeiger, B. Schartz, J. Luze, M. Scheck re UCC motion to | 0.60 | 960.00 |

**quinn emanuel** trial lawyers

September 20, 2022                                                       Matter #: 11462-00001A
Page 9                                                          Invoice Number: 101-0000140774

|  |  | adjourn (.6). |  |  |
|---|---|---|---|---|
| 08/31/22 | MRS | Attending Restructuring Committee call (0.6); reviewing drafts of sufficiency hearing brief and conferring internally regarding the same (1.2); conferring internally regarding interrogatory responses and related issues, and analyzing documents related to same (1.4). | 3.20 | 4,688.00 |
| 08/31/22 | JJ3 | Crosscheck clawed back Brookfield production against new Brookfield production per instructions of M. Scheck. | 2.10 | 1,008.00 |
|  |  | SUBTOTAL | 125.80 | 190,941.00 |

**06  Case Administration**

| 08/13/22 | AR0 | Prepare retention app (1.2); prepare Flaton declaration (0.8). | 2.00 | 2,460.00 |
|---|---|---|---|---|
| 08/15/22 | AR0 | Attend first-day hearing (4.4); prepare retention app (0.8); call with MS and KS re first-day hearing (0.8). | 6.00 | 7,380.00 |
| 08/15/22 | BH2 | Register B. Finestone, M. Scheck, and K. Scherling to receive Altera bankruptcy notices through Pacer Pro (.3). | 0.30 | 144.00 |
| 08/15/22 | BH2 | Email exchange with M. Scheck regarding the Altera bankruptcy case (.2); draft a Notice of Appearance (.5) and Motions Pro Hac Vice for M. Scheck and B. Finestone (.6). | 1.30 | 624.00 |
| 08/15/22 | PT | Coordinate notices of appearance and pro hac vices. | 0.20 | 320.00 |
| 08/16/22 | AR0 | Prepare Flaton declaration (2.1); prepare retention app (1.0). | 3.10 | 3,813.00 |
| 08/16/22 | BH2 | Email exchanges with P. Tomasco and M. Scheck regarding the notice of appearance and motions pro hac vice (.4); finalize (.2) and file the Notice of Appearance and Motions Pro Hac | 1.50 | 720.00 |

# quinn emanuel trial lawyers

September 20, 2022
Page 10

Matter #: 11462-00001A
Invoice Number: 101-0000140774

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Vice (.5); review Pacer entries and calendar upcoming deadlines and hearing dates (.4). |  |  |
| 08/17/22 | AR0 | Prepare post-petition conflict check (0.9); prepare Flaton declaration (3.4). | 4.30 | 5,289.00 |
| 08/18/22 | AR0 | Prepare Flaton declaration (3.0); research re Brookfield entities that received PIK notes (0.3). | 3.30 | 4,059.00 |
| 08/19/22 | AR0 | Calls with Jet Ma to discuss Altera production (0.3); collect documents in connection with RFPs (2.2); call with Kirkland re RFPS (1.1); revise Flaton declaration (4.1). | 7.70 | 9,471.00 |
| 08/19/22 | JM7 | Communicate with A. Roytenberg re document review; prepare Relativity database for review per request from A. Roytenberg; prepare document productions per request from A. Roytenberg. | 1.80 | 315.00 |
| 08/20/22 | AR0 | Revise Flaton declaration (2.6). | 2.60 | 3,198.00 |
| 08/22/22 | AR0 | Attn to collection and review of documents for RFPs (3.4). | 3.40 | 4,182.00 |
| 08/22/22 | JM7 | Prepare documents for review per request from M. Scheck. | 0.30 | 52.50 |
| 08/22/22 | JM7 | Prepare documents for review on Relativity per request from A. Roytenberg. | 3.90 | 682.50 |
| 08/23/22 | AR0 | Attn to collection and review of documents in response to RFPs (2.2); prepare and serve document productions in response to RFPs (1.4); call with MS re binder for Flaton depo prep (0.4); call with W. Transier re collection of documents (0.2); call with Kirkland re document productions (0.5); call with BF and MS re document productions and investigation brief (0.4); review proposed redacted presentation (0.4). | 5.50 | 6,765.00 |
| 08/24/22 | JM7 | Assist A. Roytenberg to run queries and generate reports from query | 2.60 | 455.00 |

# quinn emanuel trial lawyers

September 20, 2022                                                  Matter #: 11462-00001A
Page 11                                                   Invoice Number: 101-0000140774

|          |      |                                                                                                                                                                                                                                          |      |           |
|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------|
|          |      | results; prepare Relativity database for review per request from A. Roytenberg.                                                                                                                                                           |      |           |
| 08/24/22 | BH2  | To bankruptcy court to obtain documents as requested by A. Roytenberg (.8).                                                                                                                                                              | 0.80 | 384.00    |
| 08/24/22 | AR0  | Attn to collection and review of documents in response to RFPs (1.6); call with MS re Flaton depo prep binder and prepare Flaton depo binder (3.6); call with Kirkland re document productions (0.7); call with MS and LD re document productions and investigation brief (0.3); research re sufficiency of investigations standards (2.6). | 8.80 | 10,824.00 |
| 08/25/22 | JM7  | Prepare documents for review per request from A. Roytenberg; assist A. Roytenberg to run queries and generate reports from query results.                                                                                               | 9.70 | 1,697.50  |
| 08/25/22 | AR0  | Attn to collection and review of documents in response to RFPs (8.2).                                                                                                                                                                   | 8.20 | 10,086.00 |
| 08/26/22 | JM7  | Prepare document production per request from A. Roytenberg.                                                                                                                                                                             | 8.80 | 1,540.00  |
| 08/26/22 | AR0  | Prepare and serve document productions in response to RFPs (8.9).                                                                                                                                                                       | 8.90 | 10,947.00 |
| 08/27/22 | JM7  | Prepare documents for review per request from A. Roytenberg.                                                                                                                                                                            | 0.90 | 157.50    |
| 08/27/22 | AR0  | Review and revise investigation sufficiency brief (2.7); attn to collection and review of documents in response to RFPs (0.6).                                                                                                          | 3.30 | 4,059.00  |
| 08/28/22 | AR0  | Attn to collection and review of documents in response to RFPs (0.2).                                                                                                                                                                   | 0.20 | 246.00    |
| 08/29/22 | JM7  | Prepare documents for review on Relativity per request from A. Roytenberg; prepare document production per request from A. Roytenberg.                                                                                                   | 3.70 | 647.50    |
| 08/29/22 | AR0  | Call with co-counsel re sufficiency                                                                                                                                                                                                     | 4.30 | 5,289.00  |

**quinn emanuel** trial lawyers

September 20, 2022                                                   Matter #: 11462-00001A
Page 12                                                  Invoice Number: 101-0000140774

|            |      |                                                                                                                                                                                          |        |            |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|------------|
|            |      | hearing (0.7); prepare for C. Flaton depo prep (0.4); review sufficiency brief (0.5); prepare and serve document productions in response to RFPs (1.6); call with MS re interrogatories (0.5); review interrogatories (0.6). |        |            |
| 08/30/22   | JM7  | Prepare document production per request from A. Roytenberg.                                                                                                                               | 0.70   | 122.50     |
| 08/30/22   | AR0  | Call with co-counsel re interrogatories (0.5); prepare responses and objections to interrogatories (6.3); prepare produced document binders for MS (0.7).                                 | 7.50   | 9,225.00   |
| 08/31/22   | JM7  | Prepare Relativity for review per request from J. Jacobson; prepare documents for review per request from A. Roytenberg.                                                                  | 1.10   | 192.50     |
| 08/31/22   | AR0  | Call with co-counsel re interrogatories (0.5); prepare responses and objections to interrogatories (3.6); call with MS re interrogatories (1.1); call with KS re interrogatories (0.5).  | 5.70   | 7,011.00   |
|            |      | SUBTOTAL                                                                                                                                                                                  | 122.40 | 112,358.50 |

**10   Employment and Fee Applications**

|          |     |                                                                                                                              |      |          |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 08/13/22 | MRS | Conferring internally regarding retention application and US Trustee billing rules and related issues (0.7).                 | 0.70 | 1,025.50 |
| 08/17/22 | MRS | Reviewing retention application and conferring internally regarding the same (0.8).                                          | 0.80 | 1,172.00 |
| 08/19/22 | BH2 | Begin to draft the retention pleadings to be filed on behalf of Quinn Emanuel (4.1)                                          | 4.10 | 1,968.00 |
| 08/22/22 | BH2 | Continue to draft the retention application on behalf of Quinn Emanuel (1.1); draft Schedule 1 for                           | 2.00 | 960.00   |

**quinn emanuel** trial lawyers

September 20, 2022  Matter #: 11462-00001A
Page 13  Invoice Number: 101-0000140774

| | | | | |
|---|---|---|---|---|
| | | the Finestone Declaration (.9). | | |
| 08/23/22 | BH2 | Begin to draft the Declaration of Benjamin I. Finestone required for the retention of Quinn Emanuel (2.7). | 2.70 | 1,296.00 |
| 08/25/22 | BH2 | Revise the draft of the retention application and the Finestone declaration (1.5); continue to draft the Client declaration (1.1) and draft the proposed order (.9); email exchange with A. Roytenberg regarding the retention pleadings and the Local Rules (.3). | 3.80 | 1,824.00 |
| | | SUBTOTAL | 14.10 | 8,245.50 |

**12  Litigation (ie- Adversary Proceedings)**

| | | | | |
|---|---|---|---|---|
| 08/16/22 | EMD | TC with MS re: preparation for Sept. 14 hearing (.2); legal research related to investigation and privilege questions (.4). | 0.60 | 801.00 |
| 08/17/22 | EMD | Legal research regarding privilege issues (2.6). | 2.60 | 3,471.00 |
| 08/19/22 | EMD | Review privilege issues (1.5); Telephone conference with Kirkland, MS, and AR re: discovery requests and responses (1.1); correspondence with Baker Botts re: production of Teekay documents (.2). | 2.80 | 3,738.00 |
| 08/22/22 | EMD | Telephone conference re: A. Hefley re: Teekay documents (.2). | 0.20 | 267.00 |
| 08/24/22 | EMD | Review case law re: privilege issues (1.2); telephone conference with M. Scheck, A. Roytenberg, G. Campbell, and A. Solomon re: discovery (.5). | 1.70 | 2,269.50 |
| 08/25/22 | EMD | Telephone conference with AR and MS re: RFP responses and discovery (.3); review and revise draft RFP responses (.5); correspondence re: document productions and discovery (.2). | 1.00 | 1,335.00 |

**quinn emanuel** trial lawyers

September 20, 2022                                                    Matter #: 11462-00001A
Page 14                                                    Invoice Number: 101-0000140774

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/26/22 | KS2 | Review Investigation presentation (1.80); review draft of brief in support of Investigation (.80). | 2.60 | 3,510.00 |
| 08/26/22 | EMD | Review and revise discovery responses (.5). | 0.50 | 667.50 |
| 08/27/22 | KS2 | Research and draft section of brief regarding Restructuring Committee investigation (3.20); review correspondence re: same (.20); revise brief (.50). | 3.90 | 5,265.00 |
| 08/28/22 | KS2 | Review B. Finestone revisions to brief (.20); draft section of brief re: Investigation conclusions (3.30); revise section of brief re: Investigation (.60). | 4.10 | 5,535.00 |
| 08/28/22 | EMD | Legal research re: 9019 settlement (2.0) | 2.50 | 3,337.50 |
| 08/29/22 | EMD | Correspondence re: Marshall Islands law (.2); review correspondence re: discovery (.1). | 0.30 | 400.50 |
| 08/30/22 | KS2 | Review revised brief re: investigation (.80). | 0.80 | 1,080.00 |
| 08/31/22 | EMD | Review discovery requests (.2); telephone conference with A. Roytenberg and G. Campbell re: discovery (.6) review preparation materials (.2). | 1.00 | 1,335.00 |
| 08/31/22 | KS2 | Review revised investigation brief (.30); call with A. Roytenberg re: RFP responses (.40). | 0.70 | 945.00 |
| | | SUBTOTAL | 25.30 | 33,957.00 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| K. John Shaffer | KJS | Partner | 6.10 | 2,130.00 | 12,993.00 |
| Benjamin Finestone | BF1 | Partner | 42.00 | 1,600.00 | 67,200.00 |
| Matthew Bunting | MB3 | Partner | 2.00 | 1,600.00 | 3,200.00 |
| Patty Tomasco | PT | Partner | 0.20 | 1,600.00 | 320.00 |
| Matthew R. Scheck | MRS | Partner | 71.50 | 1,465.00 | 104,747.50 |

# quinn emanuel trial lawyers

September 20, 2022                                         Matter #: 11462-00001A
Page 15                                          Invoice Number: 101-0000140774

| | | | | | |
|---|---|---|---|---|---|
| Katherine A. Scherling | KS2 | Counsel | 14.70 | 1,350.00 | 19,845.00 |
| Liz Devaney | EMD | Counsel | 13.20 | 1,335.00 | 17,622.00 |
| Ari Roytenberg | AR0 | Associate | 84.80 | 1,230.00 | 104,304.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 16.50 | 480.00 | 7,920.00 |
| Juliette Jacobson | JJ3 | Paralegal | 3.10 | 480.00 | 1,488.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jet Ma | JM7 | Litigation Support | 33.50 | 175.00 | 5,862.50 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Outside photocopying | | 16.20 |
| Online Research | | 0.00 |
| Document Reproduction | 0.15 | 0.15 |
| Word processing | | 0.00 |
| Document Services | | 130.64 |

### Litigation Support Costs

| | Amount |
|---|---|
| RelOne User Fee | 800.00 |
| RelOne Processing | 147.25 |
| RelOne Active Hosting (Per GB) | 200.68 |
| Total Expenses | $1,294.92 |



LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON | BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH | SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Altera Bankruptcy

| | |
|---|---|
| Matter #: 11462-00001A | Total Fees...........................................$345,502.00 |
| Bill Date: September 20, 2022 | Expenses............................................$1,294.92 |
| Invoice Number: 101-0000140774 | Total Due this Invoice.........................................$346,796.92 |
| | **Payment Due By November 27, 2022** |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds to:</u>    City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071
Account Info:    Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:    Deposit Account #210032347
Bank ABA No.:    122016066
Swift Code:    CINAUS6L
*References:*    *Invoice number and client name / matter number please*

Tax ID# 95-4004138