United States Courts
Southern District of Texas
F I L E D

NOV 03 2022

Nathan Ochsner, Clerk of Court

James J. Angel, CFA, CFP

3328 Highland LN

Fairfax, VA 22031

(703) 851-8575

November 2, 2022

Clerk of Court

United States Bankruptcy Court for the Southern District of Texas, Houston Division

P. O. Box 61010 (515 Rusk Street)

Houston, TX 77002

Re: Case No 22-90130 (MI) Altera Infrastructure L.P. et al.

Dear Clerk of Court:

I have been attempting to file this objection to the proposed disclosure statement and reorganization plan in Case No 22-90130 (MI) Altera Infrastructure. As I am not an attorney, I am not allowed to use the standard CM/ECF electronic filing system. In the Chesapeake case (No. 20-33233 (DRJ)), I was directed by court personnel to submit my objection via email to houston_operation@txs.uscourts.gov. Accordingly, on October 15, 2020, I did so and the submission was accepted into the court docket without any problems.

Yesterday, November 1, 2022, was the deadline for submitting objections in the Altera Infrastructure Case. At 12:47pm Eastern Time (11:47 CT), I emailed the attached objection to houston_operation@txs.uscourts.gov. This time, houston_operation@txs.uscourts.gov has refused to accept it and has directed me to send the objection via mail.

Please add this objection (and this cover letter) to the Altera Infrastructure L. P. et al., Case No 22-90130 (MI) docket. Please also consider this a request to the court to consider it as filed on time as it was submitted using previously accepted procedures.

Sincerely,

*James J. Angel*
James J. Angel