Case 22-90130 Document 537-2 Filed in TXSB on 11/04/22 Page 1 of 2



James Angel <angelj@georgetown.edu>

## Pro Se Filing in Case No 22-90130 (MI) Altera Infrastructure
1 message

**James Angel** <angelj@georgetown.edu>　　　　　　　　　　　　　　　Tue, Nov 1, 2022 at 12:47 PM
To: houston_operation@txs.uscourts.gov

United States Courts
Southern District of Texas
FILED
NOV 03 2022
Nathan Ochsner, Clerk of Court

Dear U.S. Bankruptcy Court:

I am a preferred shareholder in Altera Infrastructure and thus a claimant in this case. I wish to file an objection to the proposed disclosure statement and the proposed plan of reorganization.

I am not an attorney, and thus cannot use CM/ECF. My understanding is that I can submit the document by emailing to this address.

I have attached my objection to this email in both Word and PDF first. I would be very grateful if you could submit the attached document to the court. Please let me know if this is not the correct way to proceed, and if there is anything else I need to do to get this in the record.

Thank you so much. If you have any questions, please don't hesitate to call me at (703) 851-8575.

THANK YOU!


Jim


--
James J. Angel, Ph.D., CFP®, CFA

Twitter: @GuFinProf

Academic Director, FINRA Certified Regulatory and Compliance Professional (CRCP®) Program at Georgetown University
Faculty Associate, Psaros Center for Financial Markets and Policy,
Associate Professor
McDonough School of Business
Georgetown University
Washington DC 20057
+1 202 687 3765 (Office)
+1 703 851 8575 (Mobile)
angelj@georgetown.edu

Happy Holidays! (This includes without limitation Hanukkah, Christmas Eve, Christmas Day, Boxing Day, Kwanzaa, New Year's Eve, New Years Day (for all calendars, not just Gregorian), Easter, Eid, Rosh Hashanah, Diwali, all solstices, and any and all other holidays in all countries and galaxies, whether or not formally recognized as such by the United States or any territory, state or instrumentality thereof. Offer void where prohibited.)

This message may contain confidential, classified, privileged, incorrect or other information. It may also be contaminated with viruses, tracking cookies, and other nasty things. Or it may not. Your mileage may vary.
Nothing in this email should be construed as providing any legal, medical, financial, romantic, automotive, cooking, or any other advice. Caveat lector. All other disclaimers are hereby incorporated by reference.

All polite pronouns are cheerfully accepted. You can call me anything you want as long as you don't call me late for dinner.

Should you receive this email in error, please destroy it and all computer systems which touched it. Then call +1 (703) 482-0623, provide your GPS coordinates, and request immediate liquidation.

(C) 2022 James J. Angel. All rights reserved. Do not forward, retransmit, or quote from this email without express written permission. This means you.

To our friends at the NSA who are reading this message, please say hello to my friend Charlie in Section 3-14159. Also say hi to my friend Ivan at the FSB. Don't you have anything better to do than to read email disclaimers?

No electrons were harmed in the production of this message.

I'm Jim Angel's email signature and I approve this message.



**2 attachments**

- **Objection by James J Angel PhD CFP CFA to Disclosure Statement in Altera Infrastructure LP et al Case No 22-90130 (MI).docx**
  119K

- **Objection by James J Angel PhD CFP CFA to Disclosure Statement in Altera Infrastructure LP et al Case No 22-90130 (MI).pdf**
  264K