Altera Infrastructure claim

Case# 22-90130 (MI)

United States Courts
Southern District of Texas
F I L E D

NOV 29 2022

Nathan Ochsner, Clerk of Court

Please Do not eliminate my claim

Dear Nathan Oschner,

I received a "Notification of objection" for my claim about Altera Infrastructure L.P. as a debtor

I found the reason for objection says "The filed proof of claims represents an interest rather than a claim" which is not accurate at all.

My claim for $3225 book value+ $357.5 missing coupons = $3582.50

As a debtor, I see I am standing alone, with this objection, it's not justice for debtors.

My name: Refaat Makkar

Address: 3220 Carding Mill Trail, Oakville, ON. L6M 1L3 Canada

+1 647-285-2188

Case# 22-90130 (MI)

Raw ID 221

Claim # 11

Date filled: 09/22/2022

Current claim amount $3582.50

Date Nov 28th 2022

Signature: ............Refaat Makkar............ *[signature]*