IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

(In re: ) Chapter 11 ) ALTERA INFRASTRUCTURE L.P., et al., 1 ) Case No. 22-90130 (MI) ) Debtors. ) (Jointly Administered)

Response notification to the Honorable Judge Marvin Isgur
Presiding on the Altera Infrastructure Bankruptcy case number 22-90130
Regarding document 538-1 and all subsequent omnibus documents in connection with Altera Infrastructure objection to certain preferred holders claims listed in schedule 1

Copy:
Kevin Rice KIRKLAND & ELLIS LLP 601 Lexington Avenue New York, New York 10022
John R. Luze Rob Jacobson KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, Illinois 60654 Rebecca Blake Chaikin Victoria N. Argeroplos JACKSON WALKER LLP 1401 McKinney Street, Suite 1900 Houston, Texas 77010

Honorable Judge Isgur, I apologize for any lack of proper form or type set in this response due to our lack of knowledge regarding the proper response guidelines in your court, but ask that you accept this response letter to Altera Infrastructure L.P., et al. objections to our preferred holders claims in your proceedings.

Our position as holders of the preferred shares is that we maintain either a position in the reorganized Altera as preferred holders or as an equity position along with the other creditors. Although it is clear that the current Altera needs bankruptcy help in restructuring it should also be clear that the company that exits from this proceeding will in be in a position to survive, grow and also seek additional funding, which would include issuing additional new preferred shares. Including our claim in the final company does not change the ability of the restructured Altera to do exactly the same. The elimination of our positions by the use of the pre arraigned bankruptcy and omnibus objections to our claims exceeds the fair and equitable use of the bankruptcy proceedings. The ability of stake holders and players in the current Altera Infrastructure to gain full control over a low debt restructured Altera and completely eliminate the preferred claims is an injustice. As preferred holders we ask that you not allow our claims to be eliminated, but instead include them in the final structure of the reorganized Altera Infrastructure in a fair and equitable proportion.

Thank you for your consideration

Gene and Jay Vallortigara

*[signatures]*

Dated 12/3/2022

United States Courts
Southern District of Texas
F I L E D

DEC 1 2 2022

Nathan Ochsner, Clerk of Court