United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | § § | Case No. 22-90130 (MI) |
| Reorganized Debtors. | § § § | (Jointly Administered) |

# FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES
(ECF No. 631)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Quinn Emanuel Urquhart & Sullivan, LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $981,585.14 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: January 04, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Altera. The location of Reorganized Debtor Altera Infrastructure L.P.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

11462-00001A/13772947.1