**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) Case No. 22-90130 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF FINAL POST-CONFIRMATION INVOICE OF**
**PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE**
**COMMITTEE PURSUANT TO ARTICLE II.C.4 OF THE THIRD AMENDED PLAN**
(Related Docket Nos. 516 & 533)

      **PLEASE TAKE NOTICE THAT**, on November 4, 2022 (the "Confirmation Date"), the Court entered the *Order Approving the Debtors' Disclosure Statement and Confirming the Joint Chapter 11 Plan of Reorganization of Altera Infrastructure L.P. and Its Debtor Affiliates* [Docket No. 533] (the "Confirmation Order"). The Confirmation Order, *inter alia*, confirmed the *Third Amended Joint Chapter 11 Plan of Reorganization of Altera Infrastructure L.P. and Its Debtor Affiliates* [Docket No. 516] (as modified, amended, or supplemented from time to time, the "Plan").[2]

      **PLEASE TAKE FURTHER NOTICE THAT**, on January 6, 2023, the Debtors filed that certain *Notice of (I) Entry of an Order Approving the Debtors 'Disclosure Statement and Confirming the Joint Chapter 11 Plan of Reorganization of Altera Infrastructure L.P. and Its Debtor Affiliates and (II) Occurrence of Effective Date* [Docket No. 661], which set forth that the Effective Date of the Plan occurred on such date.

      **PLEASE TAKE FURTHER NOTICE THAT**, Article II.C.4. of the Plan provides, *inter alia*, " . . . from and after the Confirmation Date . . . the Debtors shall pay the reasonable and documented legal, professional, or other fees and expenses related to implementation of the Plan and Consummation incurred by Professionals retained by the Committee pursuant to a final invoice Filed on or before the Effective Date . . . ."

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

[2]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Article II.C.4 of the Plan, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Official Committee of Unsecured Creditors, hereby files its final invoice, which is attached hereto as **EXHIBIT A** (the "Final Invoice"), for the period from the Confirmation Date through the Effective Date for professional fees and expenses related to the implementation and consummation of the Plan.

Dated: January 6, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES, LLP

*/s/ Michael D. Warner*_____
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email:  mwarner@pszjlaw.com
          bwallen@pszjlaw.com

– and –

Richard M. Pachulski (admitted pro hac vice)
Alan J. Kornfeld (admitted pro hac vice)
Malhar S. Pagay (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          mpagay@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, a true and correct copy of the foregoing pleading was served by the Bankruptcy Court's CM/ECF to all parties that are registered to receive such notice in the Chapter 11 Cases.

*/s/ Michael D. Warner*_____
Michael D. Warner

# **EXHIBIT A**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

MDW

|            |             |
|------------|-------------|
|            | January 06, 2023 |
| Invoice    | 131522      |
| Client     | 03002       |
| Matter     | 00002       |
|            | **MDW**     |

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/06/2023**

| | |
|---|---|
| FEES | $67,471.00 |
| EXPENSES | $1,856.10 |
| **TOTAL CURRENT CHARGES** | **$69,327.10** |
| | |
| **TOTAL BALANCE DUE** | **$995,104.49** |

Pachulski Stang Ziehl & Jones LLP

Altera Infrastructure O.C.C.

03002    - 00002

Page:       2

Invoice 131522

January 06, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BLW | Wallen , Ben L | Associate | 825.00 | 25.90 | $21,367.50 |
| DJB | Barton, David J. | Partner | 1495.00 | 0.30 | $448.50 |
| DLM | Mendoza, Denise  L. | Other | 395.00 | 0.60 | $237.00 |
| JHD | Davidson, Jeffrey H. | Partner | 1745.00 | 1.40 | $2,443.00 |
| JMD | Dine, Jeffrey M. | Counsel | 1295.00 | 1.50 | $1,942.50 |
| JWD | Dulberg, Jeffrey W. | Partner | 1145.00 | 5.20 | $5,954.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 495.00 | 12.30 | $6,088.50 |
| MDW | Warner, Michael  D. | Partner | 1350.00 | 7.20 | $9,720.00 |
| MSP | Pagay, Malhar S. | Partner | 1095.00 | 4.00 | $4,380.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 1.30 | $643.50 |
| RMP | Pachulski, Richard M. | Partner | 1745.00 | 3.70 | $6,456.50 |
| RMS | Saunders, Robert M. | Counsel | 1025.00 | 7.60 | $7,790.00 |
|  |  |  |  | 71.00 | $67,471.00 |

Pachulski Stang Ziehl & Jones LLP

Altera Infrastructure O.C.C.

03002    -00002

Page:      3

Invoice 131522

January 06, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 0.10 | $109.50 |
| CA | Case Administration [B110] | 1.90 | $940.50 |
| CP | Compensation Prof. [B160] | 41.70 | $35,306.00 |
| CPO | Comp. of Prof./Others | 1.60 | $1,026.00 |
| FN | Financing [B230] | 12.50 | $13,715.50 |
| GC | General Creditors Comm. [B150] | 0.50 | $439.50 |
| PD | Plan & Disclosure Stmt. [B320] | 12.70 | $15,934.00 |
| | | 71.00 | $67,471.00 |

Pachulski Stang Ziehl & Jones LLP
Altera Infrastructure O.C.C.
03002    - 00002

Page:     4
Invoice 131522
January 06, 2023

---

### **Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $13.40 |
| Reproduction/ Scan Copy | $16.70 |
| Research [E106] | $1,826.00 |
| | $1,856.10 |

Pachulski Stang Ziehl & Jones LLP

Altera Infrastructure O.C.C.

03002    - 00002

Page:     5

Invoice 131522

January 06, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/09/2022 | MSP | BL | Email exchange with Michael D. Warner re:  wage order payment. | 0.10 | 1095.00 | $109.50 |
| | | | | **0.10** | | **$109.50** |
| **Case Administration [B110]** | | | | | | |
| 11/04/2022 | KLL | CA | Submit telephonic appearances re 11/4 hearing. | 0.20 | 495.00 | $99.00 |
| 11/04/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 11/10/2022 | KLL | CA | Retrieve 11/4/22 hearing transcript and circulate same. | 0.30 | 495.00 | $148.50 |
| 11/10/2022 | KLL | CA | Review docket and update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 12/02/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 12/21/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 12/22/2022 | KLL | CA | Update critical dates memo. | 0.20 | 495.00 | $99.00 |
| | | | | **1.90** | | **$940.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 11/04/2022 | KLL | CP | Prepare final fee application documents. | 1.20 | 495.00 | $594.00 |
| 11/07/2022 | BLW | CP | Correspond internally re: interim/final compensation issues (.1) and call with Ms. LaBrada re: preparation of final fee application (.2) | 0.30 | 825.00 | $247.50 |
| 11/09/2022 | JWD | CP | Begin bill review | 0.70 | 1145.00 | $801.50 |
| 11/09/2022 | KLL | CP | Prepare final fee application and supporting documents to same. | 2.40 | 495.00 | $1,188.00 |
| 11/10/2022 | BLW | CP | Correspond re: October monthly statement. | 0.10 | 825.00 | $82.50 |
| 11/10/2022 | KLL | CP | Prepare draft of October monthly fee statement. | 0.40 | 495.00 | $198.00 |
| 11/15/2022 | BLW | CP | Review and comment on October bill re: monthly statement. | 0.30 | 825.00 | $247.50 |
| 11/16/2022 | JWD | CP | Work on bill review and monthly app review (.5); follow up emails re same (.3) | 0.80 | 1145.00 | $916.00 |
| 11/16/2022 | KLL | CP | Revise October monthly fee statement. | 0.80 | 495.00 | $396.00 |
| 11/17/2022 | KLL | CP | Review revised monthly statement. | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP

Altera Infrastructure O.C.C.

03002   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | JWD | CP | Emails re monthly app and conf with R Pachulski re same | 0.20 | 1145.00 | $229.00 |
| 11/28/2022 | JWD | CP | Work on monthly bill review and statement | 0.40 | 1145.00 | $458.00 |
| 11/28/2022 | JWD | CP | Work on next monthly | 0.20 | 1145.00 | $229.00 |
| 11/29/2022 | JWD | CP | Work on fee estimate and issues re plan exit | 0.40 | 1145.00 | $458.00 |
| 11/29/2022 | JWD | CP | Call with B Wallen re final fee app | 0.20 | 1145.00 | $229.00 |
| 11/29/2022 | JWD | CP | Emails with team re fee estimates | 0.20 | 1145.00 | $229.00 |
| 11/29/2022 | BLW | CP | Revise October invoice and monthly statement and coordinate filing of same. | 0.40 | 825.00 | $330.00 |
| 11/29/2022 | BLW | CP | Coordinate final fee application issues and fee estimates at request of Debtors. | 1.20 | 825.00 | $990.00 |
| 11/29/2022 | BLW | CP | Call with Mr. Dulberg re: final fee applications. | 0.10 | 825.00 | $82.50 |
| 11/29/2022 | KLL | CP | Revise and finalize PSZJ October monthly fee statement for filing with the Court. | 0.70 | 495.00 | $346.50 |
| 11/29/2022 | DLM | CP | Review and file Notice of PSZJ Monthly Fee Statement for October 2022. | 0.30 | 395.00 | $118.50 |
| 11/30/2022 | JWD | CP | Review draft response re fee estimates and emails re same | 0.30 | 1145.00 | $343.50 |
| 11/30/2022 | JWD | CP | Review filed monthly request | 0.10 | 1145.00 | $114.50 |
| 11/30/2022 | KLL | CP | Prepare draft of PSZJ November monthly fee statement. | 0.30 | 495.00 | $148.50 |
| 11/30/2022 | KLL | CP | Prepare draft of PSZJ December monthly fee statement. | 0.30 | 495.00 | $148.50 |
| 12/01/2022 | BLW | CP | Draft final fee application. | 3.30 | 825.00 | $2,722.50 |
| 12/01/2022 | BLW | CP | Review and coordinate filing of Alix monthly (.1) and correspond re: same and final fee applications and estimates (.2). | 0.30 | 825.00 | $247.50 |
| 12/02/2022 | BLW | CP | Correspond with Alix re: final fee estimates and prepare invoices re: same. | 0.30 | 825.00 | $247.50 |
| 12/02/2022 | BLW | CP | Draft final fee application. | 5.30 | 825.00 | $4,372.50 |
| 12/05/2022 | BLW | CP | Draft PSZJ Final Fee Application. | 3.10 | 825.00 | $2,557.50 |
| 12/06/2022 | JWD | CP | Review deadline and issues for timing of compliance with plan | 0.30 | 1145.00 | $343.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     7

Altera Infrastructure O.C.C.

Invoice 131522

03002    -00002

January 06, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2022 | BLW | CP | Draft final fee application and related exhibits. | 2.50 | 825.00 | $2,062.50 |
| 12/06/2022 | BLW | CP | Correspond with Alix re: plan fee estimates and prepare updated invoice re: same at Debtors' request. | 0.20 | 825.00 | $165.00 |
| 12/06/2022 | BLW | CP | Prepare form notice of final fee statement. | 0.50 | 825.00 | $412.50 |
| 12/07/2022 | MSP | CP | Email exchange with P. Biegler, Benjamin L. Wallen, et al. re:  Submission of fee applications. | 0.10 | 1095.00 | $109.50 |
| 12/07/2022 | JWD | CP | Review Nov billing and emails re same | 0.30 | 1145.00 | $343.50 |
| 12/07/2022 | JWD | CP | Review and revise fee app and exhibits and emails re same | 0.60 | 1145.00 | $687.00 |
| 12/07/2022 | BLW | CP | Revise and finalize initial draft of final fee application and final fee notice and circulate same internally and to other Committee professionals. | 1.60 | 825.00 | $1,320.00 |
| 12/07/2022 | KLL | CP | Revise final fee application and exhibits to same. | 1.80 | 495.00 | $891.00 |
| 12/07/2022 | KLL | CP | Review notice of final post-confirmation invoice notice. | 0.30 | 495.00 | $148.50 |
| 12/08/2022 | MDW | CP | Review and provide comments/input to PSZJ final fee application. | 3.70 | 1350.00 | $4,995.00 |
| 12/09/2022 | MSP | CP | Email exchange with Benjamin L. Wallen, P. Biegler re:  Post-confirmation invoice. | 0.10 | 1095.00 | $109.50 |
| 12/09/2022 | BLW | CP | Coordinate potential filing of final fee statements with other professionals (.2) and prepare PSZJ final statement (.4). | 0.60 | 825.00 | $495.00 |
| 12/12/2022 | MSP | CP | Email exchange with Benjamin L. Wallen, P. Biegler et al. re:  Post-confirmation invoice. | 0.10 | 1095.00 | $109.50 |
| 12/13/2022 | JWD | CP | Emails re plan ED timing and final fee apps | 0.20 | 1145.00 | $229.00 |
| 12/13/2022 | BLW | CP | Call with Mr. Warner re: final fee application and effective date extension (.2); correspond/coordinate with other committee professionals re: same (.3). | 0.50 | 825.00 | $412.50 |
| 12/13/2022 | MDW | CP | Internal discussions re filing of final fee application and post-confirmation fees. | 0.60 | 1350.00 | $810.00 |
| 12/15/2022 | JWD | CP | Review various emails re timing of effective date and final fee app issues | 0.20 | 1145.00 | $229.00 |
| 12/15/2022 | KLL | CP | Correspond with B. Wallen on effective date status for finalizing final fee application. | 0.30 | 495.00 | $148.50 |
| 12/22/2022 | JWD | CP | Review emails re ED and final app | 0.10 | 1145.00 | $114.50 |

Pachulski Stang Ziehl & Jones LLP

Altera Infrastructure O.C.C.

03002    -00002

Page:     8

Invoice 131522

January 06, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2022 | BLW | CP | Complete Fee Estimates and related invoices and materials at request of Debtors. | 1.40 | 825.00 | $1,155.00 |
| 01/06/2023 | KLL | CP | Finalize and file PSZJ notice of final invoice. | 0.20 | 495.00 | $99.00 |
| 01/06/2023 | BLW | CP | Coordinate effective date fee issues, including preparation and filing of PSZJ and Alix final fee notices. | 0.60 | 825.00 | $495.00 |
|  |  |  |  | **41.70** |  | **$35,306.00** |

### Comp. of Prof./Others

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2022 | KLL | CPO | Review AlixPartners October monthly fee statement for filing with Court. | 0.30 | 495.00 | $148.50 |
| 12/01/2022 | DLM | CPO | Review and file AlixPartners October 2022 Monthly Fee Statement. | 0.30 | 395.00 | $118.50 |
| 12/02/2022 | BLW | CPO | Call with Alix re: final fee applications. | 0.30 | 825.00 | $247.50 |
| 12/05/2022 | BLW | CPO | Correspond with Alix re: final fee app and estimate issues. | 0.10 | 825.00 | $82.50 |
| 12/06/2022 | BLW | CPO | Call with Alix re: final fee apps. | 0.10 | 825.00 | $82.50 |
| 12/08/2022 | BLW | CPO | Multiple correspondences re: final fee applications. | 0.10 | 825.00 | $82.50 |
| 12/09/2022 | KLL | CPO | Finalize and file AlixPartners notice of final invoice. | 0.20 | 495.00 | $99.00 |
| 12/22/2022 | BLW | CPO | Coordinate with Alix and co-counsel re: final fee applications and effective date. | 0.20 | 825.00 | $165.00 |
|  |  |  |  | **1.60** |  | **$1,026.00** |

### Financing [B230]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2022 | PJJ | FN | Research regarding possession/transfer of shares to USB. | 1.30 | 495.00 | $643.50 |
| 11/04/2022 | RMP | FN | Review DIP reporting. | 0.10 | 1745.00 | $174.50 |
| 11/04/2022 | RMS | FN | Work on lien analysis for potential Challenge | 7.60 | 1025.00 | $7,790.00 |
| 11/04/2022 | JHD | FN | Correspondence from Rob Saunders re lien analysis and review revised memo re same | 1.20 | 1745.00 | $2,094.00 |
| 11/06/2022 | JHD | FN | Correspondence from Jeff Dine re lien analysis; correspondence from Malhar S. Pagay re same | 0.20 | 1745.00 | $349.00 |
| 11/06/2022 | JMD | FN | Review and revise security interest memorandum (1.2). | 1.20 | 1295.00 | $1,554.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      9

Altera Infrastructure O.C.C.

Invoice 131522

03002    -00002

January 06, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2022 | JMD | FN | Finalize changes to security interest memorandum (0.3) | 0.30 | 1295.00 | $388.50 |
| 11/18/2022 | RMP | FN | Review DIP reporting. | 0.10 | 1745.00 | $174.50 |
| 12/02/2022 | MSP | FN | Email exchange with M. Reiney et al. re:  DIP reporting. | 0.10 | 1095.00 | $109.50 |
| 12/02/2022 | MSP | FN | Email exchange with Z. Singer, et al. re:  Brookfield professional fees. | 0.10 | 1095.00 | $109.50 |
| 12/07/2022 | MSP | FN | Email exchange with K. Gluck, et al. re: Coordinating Committee professional fees. | 0.10 | 1095.00 | $109.50 |
| 12/09/2022 | MSP | FN | Email exchange with K. Rice, K. McGlynn, Benjamin L. Wallen, Jeffrey W. Dulberg, et al. re: DIP reporting. | 0.20 | 1095.00 | $219.00 |
| | | | | **12.50** | | **$13,715.50** |

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2022 | BLW | GC | Respond to creditor inquiry. | 0.30 | 825.00 | $247.50 |
| 11/11/2022 | MSP | GC | Email exchange with Michael D. Warner re: post-confirmation action items. | 0.10 | 1095.00 | $109.50 |
| 11/28/2022 | BLW | GC | Return creditor call. | 0.10 | 825.00 | $82.50 |
| | | | | **0.50** | | **$439.50** |

### Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2022 | MSP | PD | Telephone call with Alan J. Kornfeld re:  Plan status. | 0.10 | 1095.00 | $109.50 |
| 11/04/2022 | MSP | PD | Appear at Plan confirmation hearing. | 0.60 | 1095.00 | $657.00 |
| 11/04/2022 | MSP | PD | Attention to late-filed documents re:  Plan confirmation; email exchange with David J. Barton, Benjamin L. Wallen, Richard M. Pachulski, Michael D. Warner, M. Benn, et al. re:  same (.20). | 1.20 | 1095.00 | $1,314.00 |
| 11/04/2022 | MSP | PD | Telephone call with Michael D. Warner re:  pending case matters after confirmation. | 0.10 | 1095.00 | $109.50 |
| 11/04/2022 | MSP | PD | Email exchange with L. Trivigno re: post-confirmation administrative matters. | 0.10 | 1095.00 | $109.50 |
| 11/04/2022 | RMP | PD | Prepare for and participate on  confirmation hearing and then review Plan and related documents filed just prior to confirmation hearing. | 3.40 | 1745.00 | $5,933.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     10

Altera Infrastructure O.C.C.

Invoice 131522

03002    -00002

January 06, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2022 | RMP | PD | Review voting declaration. | 0.10 | 1745.00 | $174.50 |
| 11/04/2022 | MDW | PD | Final prep for and participate in Confirmation hearing, and post hearing review of Amended Partnership Agreement (filed just before hearing). | 2.90 | 1350.00 | $3,915.00 |
| 11/04/2022 | BLW | PD | Review certain confirmation materials and correspond re: same. | 0.20 | 825.00 | $165.00 |
| 11/04/2022 | BLW | PD | Attend confirmation hearing. | 0.60 | 825.00 | $495.00 |
| 11/04/2022 | KLL | PD | Review fourth amended plan supplement. | 0.30 | 495.00 | $148.50 |
| 11/07/2022 | BLW | PD | Review motion to reject DS. | 0.20 | 825.00 | $165.00 |
| 11/09/2022 | MSP | PD | Email exchange with M. Benn, M. Reiney, et al. re: notice of subscription deadline. | 0.40 | 1095.00 | $438.00 |
| 11/30/2022 | BLW | PD | Finalize fee estimates at Debtors' request under Plan. | 0.90 | 825.00 | $742.50 |
| 12/09/2022 | MSP | PD | Telephone calls (2) with K. McGlynn re:  Change to Effective Date. | 0.20 | 1095.00 | $219.00 |
| 12/09/2022 | MSP | PD | Attention to Effective Date delay issue; email exchange with K. McGlynn, J. Luze, et al. re:  same. | 0.30 | 1095.00 | $328.50 |
| 12/16/2022 | DJB | PD | Review revised warrant agreement. | 0.30 | 1495.00 | $448.50 |
| 12/20/2022 | KLL | PD | Review correspondence on status of effective date. | 0.20 | 495.00 | $99.00 |
| 12/23/2022 | KLL | PD | Review correspondence on update of emergence date. | 0.20 | 495.00 | $99.00 |
| 12/27/2022 | KLL | PD | Review correspondence on status of emergence date. | 0.20 | 495.00 | $99.00 |
| 12/27/2022 | BLW | PD | Correspond with Alix re: Effective Date issues. | 0.10 | 825.00 | $82.50 |
| 01/03/2023 | BLW | PD | Correspond with Alix re: effective date | 0.10 | 825.00 | $82.50 |
|  |  |  |  | **12.70** |  | **$15,934.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$67,471.00**

Pachulski Stang Ziehl & Jones LLP

Page:    11
Altera Infrastructure O.C.C.

Invoice 131522
03002    - 00002

January 06, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 11/14/2022 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 11/28/2022 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 11/30/2022 | RS | Research [E106]Everlaw Inc., Inv. 69482 | 1,826.00 |
| 01/06/2023 | PAC | Pacer - Court Research | 13.40 |

**Total Expenses for this Matter**                          **$1,856.10**