## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) Case No. 22-90130 (MI) |
| Reorganized Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING
SCHEDULED FOR JANUARY 9, 2023, AT 10:00 A.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.    Withdrawn Matters.**

1.  Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors May Remove Actions [Docket No. 496].

    Responses Received: None.

    Related Documents:

    A.  Certificate of Service [Docket No. 497].

    B.  Amended Certificate of Service [Docket No. 560].

    C.  Order to Clarify [Docket No. 559].

    **Status**: The Debtors withdrew this motion as the relief requested is moot following the Effective Date.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' Claims and Noticing Agent at https://cases.stretto.com/Altera. The location of Reorganized Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

**II.   Matters Going Forward.**

2. Debtors' Objection to Certain Proofs of Claim (Subordinated Claims) [Docket No. 611].

    Responses Received: None.

    Related Documents:

    A. Certificate of Service [Docket No. 612]

    B. Amended Certificate of Service [Docket No. 655].

    **Status**: This matter is going forward.

Houston, Texas
January 9, 2023

/s/ *Rebecca Blake Chaikin*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Rebecca Blake Chaikin (TX Bar No. 24133055) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone:   (212) 446-4800 |
| Telephone:   (713) 752-4200 | Facsimile:   (212) 446-4900 |
| Facsimile:   (713) 752-4221 | Email:   joshua.sussberg@kirkland.com |
| Email:   mcavenaugh@jw.com |            brian.schartz@kirkland.com |
| Email:   kpeguero@jw.com | |
| Email:   rchaikin@jw.com | - and - |
| Email:   vargeroplos@jw.com | |
| | John R. Luze (admitted *pro hac vice*) |
| *Co-Counsel to the Reorganized Debtors* | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:   john.luze@kirkland.com |
| | |
| | *Co-Counsel to the Reorganized Debtors* |

## Certificate of Service

   I certify that on January 9, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     /s/ *Rebecca Blake Chaikin*
                     Rebecca Blake Chaikin

34858783v.1