Enero 9, 2023

United States Courts
Southern District of Texas
F I L E D

JAN 13 2023

Nathan Ochsner, Clerk of Court

Nathan Oscher
515 Rusk Street, 5th Floor
Houston, TX 77002

Attention Judge:

Please accept this letter as my written objection of my claim incourt case 22-90130. This claim refers to Altera Infraestructure Class A 7,25% Cum preferred. I am an individual owner 1,145 shares of this security.

I filled out and sent a Proof of Claim on October 13, in it I put my email address and my address from Venezuela, country where I live and never got a response. I wrote twice to the email inquiries@stretto.com asking for an answer and if my complaint had any error and I did not receive a response either, That is why I decided to fill out and send a claim and put an additional address to Santander Private Banking in Miami and send all my documentation by Courier and from and from there by certified mail

I have noticed other Preferred Stock Holders have been filing letters disagreeing with Debtors' OBJECTION TO PROOF OF CLAIM, I believe that the process of this Brookfield pre-packaged bankruptcy is criminal wanting to eliminate all the owners of preferred shares without any type of compensation and these preferred ones according to my knowledge should have payment preference before the common ones.

I just want them to take responsibility and return the money invested in the purchase of my preferred stocks in May 2021, because by that date the company already knew about their problems and continued to offer them. The suspension of dividends became effective in July 2021, for which I never obtained any dividend.

I hope this email reaches you by courier and that you please admit it. I will also send it to Stretto by certified mail

Thank you for your assistance in submitting the 'Response to the Court and please excuse my English

Sincerely

*[signature]*
Ana Isabel Martell

1401 Brickell Avenue, Suite 1500
Miami, FL 33131 - USA
Tel: +1 (305) 530 2900

PD: In my address I am going to place the address of Santander Private Banking to which you can send any notification as they will send it to me. The name of the account executive is Jorge Cano

**Fill in this information to identify the case:**

Debtor: Altera Infrastructure L.P.

United States Bankruptcy Court for the District of: Southern District of Texas

Case number: 22-90130

United States Courts
Southern District of Texas
**FILED**

JAN 13 2023

Nathan Ochsner, Clerk of Court

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Ana Isabel Martell

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

See Additional/Expanded Creditor Address(es) page:

Ana Isabel Martell
Ana Isabel Martell
1ra Av El Casquillo Quinta Ag...
Caracas, Distrito Capital 105....
Venezuela
P: 00584247697080
E: anaisabelmartell@hotmail.com

Where should payments to the creditor be sent? (if different)

Ana Isabel Martell
Ana Isabel Martell
1ra Av El Casquillo Quinta A...
Caracas, Distrito Capital 10...
Venezuela
P: 00584247697080
E: anaisabelmartell@hotmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410



Page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. How much is a claim? 21.7456
   Does this amount include interest or other charges?
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   I bought preferred shares in May 2021 and the only news received was that the company went bankrupt. I bought them researching what I had access to about the co...

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property

   **Nature of property**
   - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   - ☐ Motor vehicle.
   - ☐ Other. Describe: _____

   Basis for perfection: _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: _____
   Amount of the claim that is secured: _____
   Amount of the claim that is unsecured: _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   Amount necessary to cure any default as of the date of the petition: _____
   Annual Interest Rate (when case was filed) _____ %
   - ☐ Fixed
   - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
    - ☐ No
    - ☑ Yes. Identify the property: Ana Isabel Martell

Official Form 410      Proof Of Claim      Page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|---|
| | A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ Yes. Check one: | Amount entitled to priority |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    10/13/2022 at 06:29 pm PT
MM / DD / YYYY HH : MM

/s/Ana Isabel Martell
Signature

Print the name of the person who is completing and signing this claim:

| Name | Ana | Isabel | Martell |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer

Address    1ra Av El
Casquillo
Quinta
Aguamiel
Alta Florida.

Number    Street

Caracas        1050
City    State    ZIP Code

Contact phone    584247697080

Email    anaisabelmartell@hotmail.com

Official Form 410    Proof Of Claim    Page 3

# STRETTO

**Additional/Expanded Creditor Address(es):**

| Primary Address (Expanded) | Distribution Address (Expanded) |
|---|---|
| Ana Isabel Martell | Ana Isabel Martell |
| Ana Isabel Martell | Ana Isabel Martell |
| 1ra Av El Casquillo Quinta Aguamiel Alta Florida | 1ra Av El Casquillo Quinta Aguamiel Alta Florida |
| Caracas, Distrito Capital 1050 | Caracas, Distrito Capital 1050 |
| Venezuela | Venezuela |
| Phone: 00584247697080 | Phone: 00584247697080 |
| anaisabelmartell@hotmail.com | anaisabelmartell@hotmail.com |

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim

Page 4

```
REFERENCE      : SCTRSC2113100250
INTERNAL REF.  : D20210511035103913100
CUSTOMER NO.   : 52701-1                                11 MAY 2021
                        CONTRACT NOTE

WE BOUGHT FOR YOUR ACCOUNT

IN             :
TRADE DATE     : 11 MAY 2021
SECURITY NO.   : 0000020090
                 TEEKAY OFFSHORE PARTNERS 7.25 -PFD-
I.S.I.N.       : MHY1001E1095
NOMINAL        : 1,145 AT  21.7456   USD              24,898.71

              ACCRUED INTEREST  38 DAYS   USD              8.76
              BROKERAGE                   USD             45.80
              COMMISSION                  USD              250
                                                  -----------------
              NET AMOUNT                  USD         25,203.27

              TO YOUR DEBIT               USD         25,203.27
                                                  =================

                                    VALUE DATE     13 MAY 2021

THIS ADVICE BEARS NO SIGNATURE
IF NO OBJECTION IS FORTHCOMING WITHIN 3 DAYS THIS ADVICE
WILL BE CONSIDERED AS ACCEPTED.
```

UNITED STATES OF AMERICA
x
x

### Fill in this information to identify the case:

**Name of Debtor & Case Number:**

- ☐ Altera Infrastructure Project Services LLC (Case No. 22-90129)
- ☐ Altera Infrastructure L.P. (Case No. 22-90130)
- ☐ ALP Ace B.V. (Case No. 22-90131)
- ☐ ALP Striker B.V. (Case No. 22-90132)
- ☒ Altera Infrastructure FSO Holdings Limited (Case No. 22-90133)
- ☐ ALP Centre B.V. (Case No. 22-90134)
- ☐ ALP Sweeper B.V. (Case No. 22-90135)
- ☐ Petrojarl I L.L.C. (Case No. 22-90136)
- ☐ Altera Infrastructure GP L.L.C (Case No. 22-90137)
- ☐ Altera Knarr AS (Case No. 22-90138)
- ☐ Petrojarl I Production AS (Case No 22-90139)
- ☐ ALP Defender B.V. (Case No. 22-90140)
- ☐ ALP Winger B.V. (Case No. 22-90141)
- ☐ Altera Infrastructure Holdings L.L.C (Case No. 22-90142)
- ☐ Piranema L.L.C. (Case No. 22-90143)
- ☐ Altera Production UK Limited (Case No. 22-90144)
- ☐ ALP Forward B.V. (Case No. 22-90145)
- ☐ Piranema Production AS (Case No. 22-90146)
- ☐ Clipper L.L.C (Case No. 22-90147)
- ☐ Altera Al Rayyan LLC (Case No. 22-90148)
- ☐ Altera Infrastructure Production Holdings Limited (Case No. 22-90149)
- ☐ Altera Voyageur Production Limited (Case No. 22-90150)
- ☐ Salamander Production (UK) Limited (Case No. 22-90151)
- ☐ ALP Guard B.V (Case No. 22-90152)
- ☐ ALP Keeper B.V. (Case No. 22-90153)
- ☐ Altera Infrastructure Finance Corp. (Case No 22-90154)
- ☐ Voyageur L.L.C. (Case No. 22-90155)
- ☐ ALP Ippon B.V. (Case No. 22-90156)
- ☐ Gina Krog AS (Case No. 22-90157)
- ☐ Arendal Spirit AS (Case No. 22-90158)
- ☐ Arendal Spirit LLC (Case No. 22-90159)
- ☐ Gina Krog Offshore Pte Ltd (Case No. 22-90160)
- ☐ ALP Maritime Group B.V (Case No. 22-90161)
- ☐ Golar-Nor (UK) Limited (Case No. 22-90162)
- ☐ ALP Maritime Holding B.V. (Case No. 22-90163)
- ☐ Knarr L.L.C. (Case No. 22-90164)
- ☐ ALP Maritime Services B.V. (Case No. 22-90165)
- ☐ ALP Ocean Towage Holding B.V. (Case No. 22-90166)

**United States Bankruptcy Court for the Southern District of Texas**

## Official Form 410
# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
ANA ISABEL MARTELL FERNANDEZ
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Ana Isabel Martell Fernandez
Name

Av. 2 y El Cosquito Quinta
Number   Street

Doswich Caracas Venezuela 1050
City   State   ZIP Code

Contact phone 0058 424 769 70 80

Contact email ana.isabel.martell@hotmail.com

Where should payments to the creditor be sent? (if different)

SANTANDER PRIVATE BANKING
Name

1401 Brickell Av Suite 1500
Number   Street

MIAMI   FL   33131
City   State   ZIP Code

Contact phone 305 530 2900

Contact email ____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
____ ____ ____ ____ ____ ____ ____ ____

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) ____

Filed on 10 / 13 / 2022
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ____

Official Form 410   Proof of Claim   page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $_____. Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property: Ana Isabel Rastell

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. Check one. | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08 08 2022
                  MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

Name: ANA (First name) ISABEL (Middle name) MARTELL (Last name)

Title: _____

Company: SANTANDER PRIVATE BANKING
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1401 Brickell Avenue Suite 1500
Miami, FL 33131

Contact phone: 305 530 2900    Email: _____

Official Form 410 — Proof of Claim — page 3

```
REFERENCE      :   SCTRSC2113100250

INTERNAL REF.:    D20210511035103913100

CUSTOMER NO. :    52701-1                                          11 MAY 2021
-----------------------------------------------------------------------
                              CONTRACT NOTE
-----------------------------------------------------------------------

WE BOUGHT FOR YOUR ACCOUNT

IN :

TRADE DATE    :    11 MAY 2021

SECURITY NO. :    0000020090
                  TEEKAY OFFSHORE PARTNERS 7.25 -PFD-
I.S.I.N.          MHY1001E1095
NOMINAL :             1,145 AT   21.7456    USD              24,898.71

             ACCRUED INTEREST  38 DAYS    USD                     8.76
             BROKERAGE                    USD                    45.80
             COMMISSION                   USD                      250
                                                     ----------------------
             NET AMOUNT                   USD                25,203.27

             TO YOUR DEBIT                USD                25,203.27
                                                     ======================

                              VALUE DATE             13 MAY 2021
THIS ADVICE BEARS NO SIGNATURE
IF NO OBJECTION IS FORTHCOMING WITHIN 3 DAYS THIS ADVICE
WILL BE CONSIDERED AS ACCEPTED.



                    X
                    X
                    UNITED STATES OF AMERICA
```

**Nombre del caso:** Altera Infraestructura LP, et al.
**Número de caso:** 22-90130
**Fecha de presentación del reclamo:** 13/10/2022

**Gracias por enviar una prueba de reclamación contra el caso mencionado anteriormente. En breve se le enviará un correo electrónico sobre el estado de su envío, incluida una copia de su formulario de prueba de reclamación y los archivos adjuntos, si corresponde.**

Cualquier campo que se muestre que termine con puntos suspensivos (...) se ha truncado en el formulario de Prueba de reclamación. El sistema ha capturado todo el valor de los campos tal como se ingresó.

Dado que su reclamo se presentó electrónicamente, no necesita enviar por correo una copia impresa de su reclamo. Si tiene documentación de respaldo adicional que le gustaría agregar a su reclamo, envíela por correo al Centro de procesamiento de reclamos junto con la copia de su formulario de prueba de reclamo enviado electrónicamente y una carta que indique que se debe agregar la documentación de respaldo.

Su prueba de reclamo debe aparecer en el registro de reclamos del caso dentro de los 2 días hábiles posteriores a la presentación.

Se puede enviar documentación de respaldo adicional al Centro de procesamiento de reclamos en la siguiente dirección:

Centro de procesamiento de reclamos
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

Si tiene alguna pregunta, comuníquese con Altera Infrastructure LP, et al. línea directa de reestructuración al 855.812.6112 o consultas@stretto.com .

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALTERA INFRASTRUCTURE L.P., *et al.*,[1] | ) Case No. 22-90130 (MI) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 556** |

**ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to extend the periods during which the Debtors have the exclusive right to file a chapter 11 plan and to solicit a plan filed during the Filing Exclusivity Period, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Filing Exclusivity Period is extended through and including March 10, 2023.

2. The Solicitation Exclusivity Period is extended through and including May 9, 2023.

3. Entry of this Order is without prejudice to the Debtors' right to seek from this Court such additional and further extensions of the Exclusivity Periods within which to file and solicit acceptance of a plan of reorganization as may be necessary or appropriate.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 03, 2023

Marvin Isgur
United States Bankruptcy Judge